EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>120-2006-00907 |
|---|---|---|

Maryland Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Dr. Kevin Lurie | Home Phone No. (Incl Area Code)<br>(202) 270-1520 | Date of Birth<br>02-01-1957 |
|---|---|---|

Street Address: 5125 Chevy Chase Parkway, Washington, DC 20008

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>MAPMG (KAISER PERMANENTE) | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>(301) 816-5953 |
|---|---|---|

Street Address: 2101 E. Jefferson Street, Rockville, MD 20852

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-21-2005    Latest: 10-21-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began my employment with the above named Respondent on or about August 15, 1988. My most recent position was Vascular Surgeon. On October 21, 2005, I was discharged from my position.

II. I was told the reason for my discharge was due to falsifying time records. The Maryland Office of Unemployment Insurance found that the evidence was insufficient.

III. I believe I have been discriminated against in violation of the Age Discrimination in Employment Act of 1967, as amended, with regard to discharge based on my age (48).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 2/26/06    Charging Party Signature: *[signature]*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (10/96)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Dr. Kevin Lurie
5125 Chevy Chase Parkway
Washington, DC 20008

From: U.S. Equal Employment Opportunity Commission
Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, Maryland 21201

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. & Respondent's Name | EEOC Representative | Telephone No. |
|---|---|---|
| 120-2006-00907C | James P. Norris, Investigator | 410-962-0602 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____      MAY 2 6 2006
Gerald S. Kiel, Field Director     *(Date Mailed)*

Enclosure(s)

cc:   James S. Bubar, Esquire
Attorney at Law
Suite 800
1776 K Street, NW
Washington, DC 20006

Robert C. Kellner, Esquire
Gordon Feinblatt
233 East Redwood St.
Baltimore, MD 21202-3332