IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEAN KEVIN LURIE, M.D. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06CV01386 |
| MID-ATLANTIC PERMANENTE MEDICAL GROUP, P.C., ET AL | * | Judge: Royce C. Lamberth |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

## ENTRY OF APPEARANCE

Clerk:

Please enter the appearance of Charles R. Bacharach as additional counsel for Defendants.

Respectfully submitted,

_____/s/_____
Charles R. Bacharach (DC Bar #448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
410/576-4169
cbacharach@gfrlaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2006, a copy of the foregoing Entry of Appearance was served electronically on James S. Bubar, Esq., 1776 K Street, NW, Suite 800, Washington, DC 20006.

_____/s/_____
Charles R. Bacharach

377159.1
9/5/2006