UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MID-ATLANTIC PERMANENTE )<br>MEDICAL GROUP, P.C. (MAPMG) )<br>D/B/A KAISER PERMANENTE )<br>("KAISER"), ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01386<br>Judge Royce C. Lamberth |

CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Dean Kevin Lurie, M.D., by and through his counsel, by consent, hereby moves for a 1-week enlargement of time within which to respond to Defendants' Motion to Dismiss in this matter. In connection with this motion, Plaintiff submits the accompanying memorandum of points and authorities.

WHEREFORE, Plaintiff prays that this motion be granted.

Dated: September 18, 2006.

                                            Respectfully submitted,

                                            DEAN KEVIN LURIE, M.D.
                                            ("Plaintiff")

                                            By:        /s/
                                                  James S. Bubar, Esq.
                                                  (D.C. Bar No. 321125)
                                                  Suite 800
                                                  1776 K Street, N.W.
                                                  Washington, DC  20006
                                                  (202) 223-2060
                                                  (202) 223-2061 Fax
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2006, the service of the foregoing "Motion," memorandum and proposed order under Fed. R. Civ. P. 5(a) has been made under Local Civil Rule 5.4(d) on the following persons:

> R. Michael Smith
> Charles R. Backarach
> Gordon, Feinblatt, Rothman,
> Hoffberger & Hollander. LLC
> 233 East Redwood Street
> Baltimore, MD 21202
> (Counsel for Defendants)

                                      /s/
                             James S. Bubar

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MID-ATLANTIC PERMANENTE )<br>MEDICAL GROUP, P.C. (MAPMG) )<br>D/B/A KAISER PERMANENTE )<br>("KAISER"), ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01386<br>Judge Royce C. Lamberth |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Dean Kevin Lurie, M.D. ("Plaintiff"), by and through his counsel, submits this memorandum of points and authorities in support of the consent motion for a 1-week enlargement of time within which to respond to the Motion to Dismiss. Under Fed. R. Civ. P. 6(b) the Court for cause shown may at any time in its discretion order the period enlarged. Plaintiff respectfully requests an enlargement for the following cause:

This matter was filed on August 6, 2006. Plaintiff seeks monetary damages for employment discrimination, wrongful termination and breach of contract after being improperly discharged from Defendant Kaiser after more than 17 years. He also seeks damages and injunctive relief against Defendant Kaiser and individual Defendant Drs. Phillips, Aryavan and Lustgarden for interference with business and unfair competition.

On September 5, 2006, Defendant Kaiser filed an Answer and Counterclaim, and Defendants Phillips and Lustgarden filed a Motion to Dismiss. A response to the Motion to Dismiss would be

1

due on September 19, and a response to the Counterclaim would be due on September 28, 2006. Plaintiff is seeking to extend the time to respond to the Motion to Dismiss to the same time Plaintiff would respond to the Counterclaim, namely, September 28, 2006. Plaintiff's attorney has spoken to Defendants' attorney and he consents to the extension sought by this motion. [1]

Plaintiff submits that the 1-week extension of time is reasonable. Such extension will allow Plaintiff's counsel an opportunity to review the files with Plaintiff so as to prepare an adequate response. Defendants will not be prejudiced by this extension inasmuch as one of the Defendants has yet to respond to the Complaint, and the extension would make Plaintiffs' response to the Motion to Dismiss due on the same day as the response to the Counterclaim. No scheduling order has been entered in this proceeding. This is the first extension of time requested in this matter.

WHEREFORE, Plaintiff prays that this motion be granted.

Dated: September 18, 2006.

                                            Respectfully submitted,

                                            DEAN KEVIN LURIE, M.D.
                                            ("Plaintiff")


                                            By: _____/s/_____
                                            James S. Bubar, Esq.
                                            (D.C. Bar No. 321125)
                                            Suite 800
                                            1776 K Street, N.W.
                                            Washington, DC  20006
                                            (202) 223-2060
                                            (202) 223-2061 Fax
                                            Attorney for Plaintiff

---

1/ Although Defendant Aryavan has not responded to the Complaint, it is expected that counsel representing the other defendants will be entering an appearance on behalf of this defendant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEAN KEVIN LURIE, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:06CV01386 |
| | ) | Judge Royce C. Lamberth |
| | ) | |
| MID-ATLANTIC PERMANENTE | ) | |
| MEDICAL GROUP, P.C. (MAPMG) | ) | |
| D/B/A KAISER PERMANENTE | ) | |
| ("KAISER"), ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the "Consent Motion for Extension of Time" filed by Plaintiff, it is this _____ day of _____, 2006:

ORDERED, that the Motion be and hereby is GRANTED, and it is further,

ORDERED, that the time within which Plaintiff shall have to respond to the Motion to Dismiss shall be enlarged to and including September 28, 2006.

_____
UNITED STATES DISTRICT JUDGE

CC: James S. Bubar, Esq.
Suite 800
1776 K Street, N.W.
Washington, DC 20006
(Counsel for Plaintiff)

R. Michael Smith
Charles R. Backarach
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander. LLC
233 East Redwood Street
Baltimore, MD 21202
(Counsel for Defendants)