UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEAN KEVIN LURIE, M.D.,**         )<br>                                                        )<br>                                                        )<br>                                                        )<br>  **Plaintiff,**                               )<br>                                                        )<br>  v.                                                 )<br>                                                        )<br> **MID-ATLANTIC PERMANENTE** )<br> **MEDICAL GROUP, P.C. (MAPMG)** )<br> **D/B/A KAISER PERMANENTE**  )<br> **("KAISER"), et al.**                 )<br>                                                        )<br>  **Defendants.**                         )<br>                                                        ) | Civil Action No. 06-1386 (RCL) |

### ORDER

Upon consideration of the Consent Motion [5] for Extension of Time filed by Plaintiff, it is this 18th day of September, 2006:

ORDERED, that the Motion be and hereby is GRANTED, and it is further

ORDERED, that the time within which Plaintiff shall have to respond to the Motion to Dismiss shall be enlarged to and include September 28, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 18, 2006.