UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MID-ATLANTIC PERMANENTE )<br>MEDICAL GROUP, P.C. (MAPMG) )<br>D/B/A KAISER PERMANENTE )<br>("KAISER"), ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06CV01386<br>Judge Royce C. Lamberth |

### AFFIDAVIT OF DEAN KEVIN LURIE, M.D.

1. I, Dean Kevin Lurie, M.D., am over eighteen (18) years of age and competent to testify, on personal knowledge, as to the matters set forth herein. I am the plaintiff in this action.

2. I have known Jacob Lustgarten, M.D., for over four years and have had extensive personal and professional contact with him.

3. I worked with him while employed by the Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG") ("Kaiser") at 110 Irving Street, NW, Suite 108 - POB South Tower, Washington, DC 20010.

4. Dr. Lustgarten continues to maintain his primary office at 110 Irving Street, NW, Suite 108 - POB South Tower, Washington, DC 20010 as evidenced by my personal knowledge, reports of patients who are under my care, and the public records of the District of Columbia Health Professional Licensing Administration (Attachment A) and the Washington Hospital Center physicians profile (Attachment B).

5. I have known Behdad Aryavand, M.D. for one year as my replacement with Kaiser. I interviewed him before I left Kaiser and would see him around Holy Cross Hospital where I have been practicing medicine.

6. Dr. Aryavand maintained a medical office practice at 110 Irving Street, NW, Suite 108 - POB South Tower, Washington, DC 20010 as evidenced by my personal knowledge, and reports of patients who are under my care. He is licensed to practice medicine in the District of Columbia (Attachment C).

7. I have known Yancey Phillips, M.D. for three years as the associate medical director of Kaiser. Although his office is based in Rockville, Maryland, he has responsibility for the Kaiser office at 1011 North Capitol Street, NE, Washington, DC 20002 and 110 Irving Street, NW, Suite 108 - POB South Tower, Washington, DC 20010, 2100-W Pennsylvania Ave., NW Washington, D.C. 20037, and many other offices in Maryland and Virginia.

8. I saw Dr. Phillips periodically for medical updates at the North Capitol Street office when I worked in that office for Kaiser. I also saw Dr. Phillips in October 2005 in his Rockville office when I was terminated.

9. Drs. Lustgarten, Aryavand and Phillips have interfered with my practice of medicine. Such interference occurred in the District of Columbia and in Maryland.

10. I reside in the District of Columbia and I am licensed to practice medicine in the District of Columbia, Maryland and Massachusetts. This interference has caused me injury in the District of Columbia.

I AFFIRM, under penalty of perjury that the forgoing is true and correct.

Dated: September 28, 2006

Dean Kevin Lurie, M.D.

2

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Health



**Health Professional
Licensing Administration**

Dear Sir or Madam:

This is to certify the following information, maintained in the records of the Department of Health Board of MEDICINE, for the below referenced Health Care Practitioner:

| | |
|---|---|
| Name: | JACOB J. LUSTGARTEN |
| License Type: | MEDICINE AND SURGERY |
| License Number: | MD32668 |
| Original Licensure Date: | 02/28/2001 |
| Expiration Date: | 12/31/2006 |
| Obtained By: | Waiver of Examination - USMLE |
| License Status: | Active |
| Other: | |

Unless stated below, there is **no** disciplinary action pending nor has any been taken.
**NOTE:** _____ If this blank has been checked, disciplinary action has been taken.
(See attached copies.)

Sincerely,

*James R. Granger, Jr.*

James R. Granger, Jr.
Executive Director
D.C. Boards of Medicine and Chiropractic

SEAL

Certified By: Lisa Robinson DOH
Title: Health Licensing Specialist
Date: September 26, 2006

Attachment A

717 14th Street, NW – Suite 600  Washington, DC  20005  (202) 724-4900  ● FAX (202) 727-8471

| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kid |



## Health Professional Licensing Administration 

- DOH HOME
- HPLA HOME
- SERVICES
  Professional Licensing
  Boards/Regulations
  Online Professional
  License Search
  Online License Application
  Online License Renewal
- INFORMATION
- ONLINE SERVICE REQUESTS

**Licensee Details**
Data current as of: September 22, 2006

Name\Phone
JACOB J LUSTGARTEN
3019297167

Business Address
WASHINGTON HOSPITAL CENTER
106 IRVING STREET, NW
SUITE 108
WASHINGTON DC 20010

| Number: | Profession: | Type: | Obtained By M |
|---|---|---|---|
| MD32668 | MEDICINE | MEDICINE AND SURGERY | Waiver of Exam |

| From State/Prov: | Issue Date: | Expiration Date: | Status: |
|---|---|---|---|
| NA | 2/28/2001 | 12/31/2006 | Active |

**Specialty Information (as reported by Licensee)**

Surgery - Board Certified

**Discipline Information from 1996 to Present** - Please click item(s) below to view public orde

NONE

Government of the District of Columbia
Citywide Call Center : (202) 727-1000

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Accessibility | Privacy & Security | Terms & Conditions

# Detailed Results

## Jacob J. Lustgarten MD

**Gender:**
  Male
**Department:**
  Surgery
**Specialty:**
  Vascular Surgery
  Surgery, General
  Surgical Critical Care

**Foreign Language:**

**Expertise:**
  Vascular Surgery



| Primary Office | Secondary Office |
|---|---|
| 110 Irving Street, NW<br>Suite 108 - POB South Tower<br>Washington DC 20010<br>(202) 877-DOCS<br>Directions | Holy Cross Hospital<br>Physicians Specialist Bldg.<br>1400 Forest Glen Road /<br>Suite 330<br>Silver Spring MD 20910<br>(202) 877-DOCS<br>Directions |

| Specialties | Board Certified |
|---|---|
| Vascular Surgery | 1993 |
| Surgery, General | 1991 |
| Surgical Critical Care | |

### Education

| | |
|---|---|
| Medical School: | University of Toronto, Ontario - 5/30/1984 |
| Internship: | Mt. Sinai Hospital, Toronto, Canada - 6/30/1985 |
| Residency: | Case Western Reserve University, Cleveland OH - 6/30/1987<br>University of Utah Hospitals, Salt Lake City UT - |

6/30/1990

Fellowship:  Cleveland Clinic Hospital, Cleveland OH - 6/30/1988
McGill University - Montreal General Hospital, Montreal - 12/1/1991

Back to Provider List    Search Again

http://whcdocs.medstar.net/drprofile.asp?id=062729    9/22/2006

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Health



**Health Professional**
**Licensing Administration**

Dear Sir or Madam:

This is to certify the following information, maintained in the records of the Department of Health Board of MEDICINE, for the below referenced Health Care Practitioner:

| | |
|---|---|
| Name: | BEHDAD ARYAVAND |
| License Type: | MEDICINE AND SURGERY |
| License Number: | MD33549 |
| Original Licensure Date: | 04/08/2002 |
| Expiration Date: | 12/31/2006 |
| Obtained By: | Waiver of Examination - USMLE |
| License Status: | Active |
| Other: | |

Unless stated below, there is **no** disciplinary action pending nor has any been taken.
**NOTE:** _____ If this blank has been checked, disciplinary action has been taken. (See attached copies.)

Sincerely,

*James R. Granger, Jr.*
James R. Granger, Jr.
Executive Director
D.C. Boards of Medicine and Chiropractic

SEAL

Certified By: Lisa Robinson DOH
Title: Health Licensing Specialist
Date: September 26, 2006

Attachment C

717 14th Street, NW – Suite 600  Washington, DC  20005  (202) 724-4900  ● FAX (202) 727-8471