UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEAN KEVIN LURIE, M.D.,

    Plaintiff,

v.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE
("KAISER"), ET AL.,

    Defendants.

Civil Action No. 1:06CV01386
Judge Royce C. Lamberth

## AFFIDAVIT OF JUDY GANTT

1. I, Judy Gantt, am over eighteen (18) years of age and competent to testify, on personal knowledge, as to the matters set forth herein.

2. I saw Drs. Jacob Lustgarten and Bedad Aryavand this year at the Kaiser Permanente office at 110 Irving Street, NW, Suite 108 - POB South Tower, Washington, DC 20010.

3. Although I reside in Maryland, they requested that I see them in their office in the District of Columbia.

4. Drs. Lustgarten and Aryavand operated on me several times with poor results.

5. Drs. Lustgarten and Aryavand discouraged me from seeing Dr. Lurie and told me that my insurance would not cover my care.

6. I have Medicare insurance which covers my care with Dr. Lurie for my upcoming surgery.

I AFFIRM, under penalty of perjury that the forgoing is true and correct.

September 27, 2006.

                                            Judy Gantt

Exhibit 3