# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



# CERTIFICATE

THIS IS TO CERTIFY THAT

**MID-ATLANTIC PERMANENTE MEDICAL GROUP, P.C.**

organized under and by virtue of the laws of the **MARYLAND**, was authorized to conduct its affairs by virtue of a Certificate issued on the **4th** day of **October, 1995**.

**WE FURTHER CERTIFY** that said Certificate of Authority were Revoked by Proclamation on the **12th** Day of **September, 2005**, pursuant to the District of Columbia Business Corporation Act, for having failed and/or refused to file reports and pay all fees due and owing on or before April 15th, **2005**.

**IN TESTIMONY WHEREOF I** have hereunto set my hand and caused the seal of this office to be affixed this **3rd** day of **August, 2006**.

PATRICK J. CANAVAN, PSY. D.
DIRECTOR

Business and Professional Licensing Administration

PATRICIA E. GRAYS
Superintendent of Corporations
Corporations Division

Anthony A. Williams
Mayor

Exhibit 1