








1


