AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEAN KEVIN LURIE, M.D.

V.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01386

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

Mid-Atlantic Permanente
Medical Group, P.C. (MAPMG)
2101 East Jefferson Street
Box 6649
Rockville, Maryland 20849-6649

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S Bubar, Esq.
1776 K Street, NW, Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 4 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 08/15/06 |
| NAME OF SERVER (PRINT) Alonzo Edmondson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: THROUGH / PRENTICE HALL - RESIDENT AGENT FOR MIDATLANTIC PERMANENTE MEDICAL GROUP P.C. D/B/A KAISER PERMAN 1090 VERMONT AVE NW SUITE 430 WASHINGTON DC 20005 @ 4:29 PM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): * AND BY FIRST CLASS U.S. MAIL, CERTIFIED RETURN RECEIPT REQUESTED: 2101 EAST JEFFERSON ST. BOX 6649 ROCKVILLE, MD 20849-6649 (MID-Atlantic PERMANTE MEDICAL GROUP

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|
| — | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/15/06
                Date

Signature of Server

720 HOBART PL NW WDC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEAN KEVIN LURIE, M.D.

V.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01386

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

Yancey Phillips, M.D.
2101 East Jefferson Street
Box 6649
Rockville, Maryland 20849-6649

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S Bubar, Esq.
1776 K Street, NW, Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG - 4 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 08/15/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Alonzo Edmondson | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2101 EAST JEFFERSON ST. ROCKVILLE, MD 20849 (LOBBY)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): SERVED ON Yancey Phillips, MD - CAUCASIAN MALE, 54, HT. 6'1, WT. 200 lbs., BLK HAIR, NO GLASSES @ 3:25 pm on 08/15/06

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/15/06
            Date

Signature of Server

720 HOBART PL NW WDC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.