AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEAN KEVIN LURIE, M.D.

V.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01386

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

Jacob Lustgarden, MD
4305 Thornapple Street
Chevy Chase, Maryland 20815

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S Bubar, Esq.
1776 K Street, NW, Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    AUG - 4 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8/17/06 |
| NAME OF SERVER (PRINT) Alonzo Edmondson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4305 Thornapple St. Chevy Chase, MD 20815
Description of Defendant: Caucasian - Blk Hair, HT- 5'7 WT. 190 lbs, No Glasses, Age 52-5

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process Service | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/01/06
                Date

Signature of Server

720 Hobart Pl NW 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.