AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEAN KEVIN LURIE, M.D.

V.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01386

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

Mid-Atlantic Permanente
Medical Group, P.C. (MAPMG)
2101 East Jefferson Street
Box 6649
Rockville, Maryland 20849-6649

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S Bubar, Esq.
1776 K Street, NW, Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

AUG - 4 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 08/31/06 |
| NAME OF SERVER (PRINT) Alonzo Edmondson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Corporate Officer Authorized to Accept Service of Process; ANN BARR CAHILL at 2101 E. JEFFERSON ST. ROCKVILLE, MD. ~~service~~ ON 8/31/06

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ANN BARR CAHILL
2101 E. Jefferson ST, Rockville, MD. 20852  Mid-Atlantic Permanente Medical Group, PC (CAUCASIAN FEMALE BLOND HAIR 5'8 160lbs. 45)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL — | SERVICES Process Service | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/01/06
            Date

Signature of Server

720 Hobart PL NW WDC 20001
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DEAN KEVIN LURIE, M.D.

V.

MID-ATLANTIC PERMANENTE
MEDICAL GROUP, P.C. (MAPMG)
D/B/A KAISER PERMANENTE,
ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:06CV01386

JUDGE: Royce C. Lamberth

DECK TYPE: Employment Discrimination

DATE STAMP: 08/04/2006

TO: (Name and address of Defendant)

Bedad Aryavan, MD
9429 Meadowshire Lane
Great Falls, Virginia   22066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James S Bubar, Esq.
1776 K Street, NW, Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

AUG - 4 2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/31/06 |
| NAME OF SERVER (PRINT) Alonzo Edmonton | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 9429 Meadowshire Lane
GREAT FALLS, VA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: BEKUM ARYAN

☐ Returned unexecuted: _____

☐ Other (specify): THIS SERVER BELIEVES THAT DEFENDANT SERVED PERSONALLY, INDIVIDUAL ANSWERED TO THE NAME OF DEFENDANT "BEDAD AYMAN" BUT LATER STATED HIS NAME WAS "BEKUM" WHEN ATTEMPTING TO REFUSE SERVICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | PROCESS SERVICE | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/01/06
_Date_

_Signature of Server_

720 HOBART PL NW WDC 20001
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.