UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEAN KEVIN LURIE, M.D.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1386 (RCL) |
| ) | |
| **MID-ATLANTIC PERMANENTE** ) | |
| **MEDICAL GROUP, P.C., et al.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Defendant, Mid-Atlantic Permanente Medical Group, P.C., has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 10, 2007.