IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEAN KEVIN LURIE, M.D.                    *

                Plaintiff,          *

       v.                                  *          Civil Action No.:  1:06CV01386

MID-ATLANTIC PERMANENTE MEDICAL  *          Judge:  Royce C. Lamberth
GROUP, P.C., ET AL
                              *
             Defendant.            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

<u>**DEFENDANT'S PROPOSED ORDER**</u>

      Upon consideration of the "Report to the Court and Proposed Order" filed by Plaintiff

and  the Defendant, it is this _____ day of _____, 2007:

ORDERED, that the following dates shall govern this proceeding:

    (1)    Moving for joinder of additional parties and amendment

            of pleadings                                                            October 1, 2007

    (2)    Plaintiff's Rule 26(a)(2) disclosures re: experts.      December 3, 2007

    (3)    Defendant's Rule 26(a)(2) disclosures re: experts      January 2, 2008

    (4)    Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts   February 1, 2008

    (5)    Discovery deadline; Submission of status report      April 1, 2008

    (6)    Dispositive pretrial motions deadline                      May 1, 2008

    (7)    Ruling on dispositive pretrial motions                    To be decided by
                                                       Court

(8)    Settlement Conference/ADR                To be decided by
                                                Court

(9)    Pretrial                                 To be decided by
                                                Court


_____
UNITED STATES DISTRICT JUDGE

CC:    James S. Bubar, Esq.
       1776 K Street, N.W., Suite 800
       Washington, DC  20006
       (Counsel for Plaintiff)


       R. Michael Smith, Esq.
       Charles R. Bacharach, Esq.
       Gordon, Feinblatt, Rothman,
       Hoffberger & Hollander, LLC
       233 East Redwood Street
       Baltimore, MD 21202
       (Counsel for Defendants)