UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., ) <br> ) <br>     Plaintiff, ) <br> v. ) <br> ) <br> MID-ATLANTIC PERMANENTE ) <br> MEDICAL GROUP, P.C. (MAPMG) ) <br> D/B/A KAISER PERMANENTE ) <br> ("KAISER"), ET AL., ) <br> ) <br>     Defendants. ) | Civil Action No. 1:06CV01386 <br> Judge Royce C. Lamberth |

ORDER

Upon consideration of the Local Rule 16.3 Report to the Court filed by Plaintiff and the Defendants, it is hereby

ORDERED, that the following dates shall govern this proceeding:

(1) Moving for joinder of additional parties and amendment of pleadings (30 days after entry of scheduling order)  October 26, 2007

(2) Plaintiff's Rule 26(a)(2) disclosures re: experts  December 3, 2007

(3) Defendant's Rule 26(a)(2) disclosures re: experts  January 2, 2008

(4) Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts  February 1, 2008

(5) Discovery deadline; Submission of status report  April 1, 2008

(6) Dispositive pretrial motions deadline  May 1, 2008

After the Court rules on any dispositive motions, it will set a status conference at which it will set dates for ADR, pretrial, and trial.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.