UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., )<br><br>  Plaintiff,         )<br>v.                           )   Civil Action No. 1:06CV01386<br>                              )   Judge Royce C. Lamberth<br>MID-ATLANTIC PERMANENTE )<br>MEDICAL GROUP, P.C. (MAPMG) )<br>D/B/A KAISER PERMANENTE )<br>("KAISER"), ET AL.,        )<br>                              )<br>  Defendants.       )<br>_____) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, by and through counsel, by consent, hereby moves for a 2-week enlargement of the dates by which the parties must submit their Rule 26(a)(2) disclosures regarding experts under the scheduling order dated September 26, 2007. In connection with this motion, Plaintiff submits the accompanying memorandum of points and authorities.

WHEREFORE, the plaintiff, by consent, prays that this motion be granted.

Dated: December 3, 2007.

                                              Respectfully submitted,

                                              DEAN KEVIN LURIE, M.D.
                                              ("Plaintiff")

                                              By:_____/s/_____
                                                  James S. Bubar, Esq.
                                                  (D.C. Bar No. 321125)
                                                  Suite 800
                                                  1776 K Street, N.W.
                                                  Washington, DC  20006
                                                  (202) 223-2060
                                                  (202) 223-2061 Fax
                                                  Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2007, the service of the foregoing "Motion," memorandum and proposed order under Fed. R. Civ. P. 5(a) has been made under Local Civil Rule 5.4(d) on the following persons:

>R. Michael Smith
>Charles R. Bacharach
>Gordon, Feinblatt, Rothman,
>Hoffberger & Hollander. LLC
>233 East Redwood Street
>Baltimore, MD 21202
>Attorneys for Defendants

                                                  /s/
                                          James S. Bubar

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
DEAN KEVIN LURIE, M.D.,         )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 1:06CV01386
                                )   Judge Royce C. Lamberth
                                )
MID-ATLANTIC PERMANENTE         )
MEDICAL GROUP, P.C. (MAPMG)     )
D/B/A KAISER PERMANENTE         )
("KAISER"), ET AL.,             )
                                )
    Defendants.                 )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff, by and through counsel, submits this memorandum of points and authorities in support of the consent motion for a 2-week enlargement of time by which the parties must submit their Rule 26(a)(2) disclosures regarding experts. Under Fed. R. Civ. P. 16(b) and 6(b) the Court for cause shown may at any time in its discretion order the period enlarged. Plaintiff, by consent, respectfully requests an enlargement for the following cause:

Plaintiff seeks monetary damages for employment discrimination, wrongful termination and breach of contract after being discharged from Defendant. He also seeks damages and injunctive relief for interference with business and unfair competition. Defendant is seeking relief under its own counterclaim.

The scheduling order in this matter was filed on September 26, 2007. Since then the parties have each served written discovery and have been preparing their responses. The parties have granted one another an extension of time to December 21, 2007, to respond to the written

1

discovery, and have also agreed to a 2-week extension of the dates for disclosures regarding experts. However, the 2-week extension of the dates for expert disclosures requires Court approval because these dates are part of the scheduling order. Plaintiff's counsel has been unable to firm up his retention of experts due to scheduling matters, and Defendant has agreed to an extension of time for Plaintiff provided Defendant obtains a similar extension of time to make its expert designations.

The parties submit that the 2-week extension is reasonable. Neither party will be prejudiced by this extension and it should not cause any other dates in the scheduling order to change. This is the first extension of time requested under the scheduling order in this matter. Discovery is ongoing, and ADR, pretrial and trial dates have yet to be set.

WHEREFORE, the plaintiff, by consent, prays that this motion granted.

Dated: December 3, 2007.

    Respectfully submitted,

    DEAN KEVIN LURIE, M.D.
    ("Plaintiff")


    By:_____/s/_____
    James S. Bubar, Esq.
    (D.C. Bar No. 321125)
    Suite 800
    1776 K Street, N.W.
    Washington, DC 20006
    (202) 223-2060
    (202) 223-2061 Fax
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MID-ATLANTIC PERMANENTE )<br>MEDICAL GROUP, P.C. (MAPMG) )<br>D/B/A KAISER PERMANENTE )<br>("KAISER"), ET AL., )<br>)<br>Defendants. )<br> ) | Civil Action No. 1:06CV01386<br>Judge Royce C. Lamberth |

ORDER

Upon consideration of the "Consent Motion for Extension of Time" filed herein, it is this

_____ day of _____, 2007:

ORDERED, that the Motion be and hereby is GRANTED, and it is further,

ORDERED, that the scheduling order be amended to allow for the time within which the parties shall have to submit their Rule 26(a)(2) disclosures regarding experts to be extended by 2 weeks as follows:

1) Plaintiff's Rule 26(a)(2) disclosures re: experts        December 17, 2007

2) Defendant's Rule 26(a)(2) disclosures re: experts        January 16, 2008

3) Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts        February 15, 2008

_____
UNITED STATES DISTRICT JUDGE

CC:   James S. Bubar, Esq.
Suite 800
1776 K Street, N.W.
Washington, DC  20006
(Counsel for Plaintiff)

1

R. Michael Smith
Charles R. Bacharach
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander. LLC
233 East Redwood Street
Baltimore, MD 21202
(Counsel for Defendants)