UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEAN KEVIN LURIE, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06CV01386 |
| ) | Judge Royce C. Lamberth |
| MID-ATLANTIC PERMANENTE ) | |
| MEDICAL GROUP, P.C. (MAPMG) ) | |
| D/B/A KAISER PERMANENTE ) | |
| ("KAISER"), ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the "Consent Motion for Extension of Time" filed herein, it is this 4th day of December, 2007:

ORDERED, that the Motion be and hereby is GRANTED, and it is further,

ORDERED, that the scheduling order be amended to allow for the time within which the parties shall have to submit their Rule 26(a)(2) disclosures regarding experts to be extended by 2 weeks as follows:

1) Plaintiff's Rule 26(a)(2) disclosures re: experts        December 17, 2007

2) Defendant's Rule 26(a)(2) disclosures re: experts       January 16, 2008

3) Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts    February 15, 2008

_____/s/_____
United States District Judge Royce C. Lamberth