UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:06CV01386 |
| ) | Judge Royce C. Lamberth |
| MID-ATLANTIC PERMANENTE ) | |
| MEDICAL GROUP, P.C. (MAPMG) ) | |
| D/B/A KAISER PERMANENTE ) | |
| ("KAISER"), ET AL., ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Plaintiff Dean Kevin Lurie, MD ("Plaintiff"), by and through counsel, hereby submits his Federal Rule of Civil Procedure 26(a)(2) disclosures regarding experts under the scheduling order dated September 26, 2007, as amended on December 4, 2007.

INTRODUCTION TO DISCLOSURES
AND GENERAL OBJECTIONS

(a)  Since discovery has not been completed, this statement cannot be considered to be comprehensive of allegations, evidence, and opinions upon which the Plaintiff and/or expert witnesses will rely at trial, and therefore cannot be construed necessarily as Plaintiff's final and complete position as to any of the matters contained herein.

(b)  The following statement constitutes Plaintiff's best efforts based on information presently available to him upon reasonable inquiry. The investigation and discovery in this case is ongoing and Plaintiff accordingly reserves the right to supplement, amend or furnish additional information which subsequent investigation and/or discovery may reveal between the

1

time of this statement and the time of trial. The views of the expert witnesses may be amended or supplemented, and Plaintiff may name additional or different expert witnesses as permitted by the Rules of this Court.

(c)  Plaintiff reserves the right to use any expert witness identified by Defendant or Plaintiff in discovery or at trial, as permitted by the Rules of this Court.

(d)  Plaintiff assumes no duty to supplement this statement beyond that expressed in the Rules of this Court.

(e)  To the best of Plaintiff's knowledge at this time, the statements contained herein are true and correct. The exact wording and sentence structure may be that of counsel.

(f)  The information supplied in this statement is not based solely on the knowledge of the Plaintiff, but includes the knowledge of the Plaintiff's agents and attorneys, unless privileged.

(g)  Any statement contained herein is for the purpose of this pending action only and is not to be construed as an admission for any other purpose nor may it be used against the Plaintiff in any other proceeding.

(h)  Any statement contained herein is subject to any and all objections as to admissibility which may be interposed at trial.

## DISCLOSURES

The following individuals may be used at trial to present expert testimony:

(1) Thomas C. Borzilleri, Ph.D, Economist, 6701 Democracy Blvd., #300, Bethesda, MD 20817.  Dr. Borzilleri is expected to testify concerning his opinions of the future earnings that Plaintiff will lose as a result of his discharge on October 21, 2005. He is expected to testify concerning his opinions of the monetary damages for employment discrimination, wrongful termination and breach of contract, including Plaintiff's loss of future earnings, pension and

other benefits, and monetary damages for interference with business and unfair competition. Dr. Borzilleri's opinions will be based upon his discussions with Plaintiff, the records in this case, his review of financial and actuarial records, and his training and experience as an economist

    (2) Kathleen Sampeck.  Ms. Sampeck is expected to testify concerning the impact of Plaintiff's discharge as a staff physician from Defendant on October 21, 2005, after more than 17 years, on Plaintiff's employment and earning capacity.  Ms. Sampeck's opinions will be based upon her discussions with Plaintiff, her review of labor market research and other records, her training and experience as a vocational counselor, and her experience working with other physicians.

    Dated: December 14, 2007.

                                    Respectfully submitted,

                                    DEAN KEVIN LURIE, M.D.
                                  ("Plaintiff")

                              By:        /s/
                                 James S. Bubar, Esq.
                                 (D.C. Bar No. 321125)
                                 Suite 800
                                 1776 K Street, N.W.
                                 Washington, DC  20006
                                 (202) 223-2060
                                 (202) 223-2061 Fax

                                 Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2007, the service of the foregoing "Rule 16(a)(2) Disclosures," under Fed. R. Civ. P. 5(a) has been made under Local Civil Rule 5.4(d) on the following persons:

        R. Michael Smith
        Charles R. Bacharach

Gordon, Feinblatt, Rothman,
Hoffberger & Hollander. LLC
233 East Redwood Street
Baltimore, MD 21202
Attorneys for Defendants

                              /s/
     _____
                     James S. Bubar