**Kathleen F. Sampeck, MA, CRC, CCM, CLCP**
**2121 Eisenhower Avenue, Suite 200**
**Alexandria, Virginia 22314**
**703-551-4123**

## CURRICULUM VITAE

### Education

Bachelor of Science in Rehabilitation Counseling, University of Connecticut, Storrs, Connecticut, 1973.

Master of Arts in Rehabilitation Counseling, University of Connecticut, Storrs, Connecticut, 1975.

Post Graduate Courses, University of Connecticut, Assumption College, Virginia Commonwealth University: Labor Relations; Public Administration; Psychological and Vocational Testing; Affirmative Action; Management and Supervision; Job Placement Techniques; Vocational Evaluation; Job Analysis.

Post Graduate Certificate, Life Care Planning for Advanced Catastrophic Case Management, University of Florida, Gainesville, Florida, 1995. Life Care Planning Procedures, Spinal Cord Injuries, Brain Injuries, Pediatric Rehabilitation, Chronic Pain, Amputations, Multiple Disabilities, Vocational Evaluation, Professional Issues, Rehabilitation Testimony.

### Professional Experience

Rehabilitation Consultant and Director, Capital Case Management, Alexandria, VA, 1996 to present.
Supervise and provide vocational, rehabilitation, case management, and/or life care planning services in private practice, including workers compensation cases, medical malpractice, product liability, accidental injury, chronic illness, developmental disabilities, reduction in work force, wrongful termination, discrimination, displaced workers, and in domestic relations cases. Services include life care planning, case management, vocational evaluation, psychological and vocational testing, counseling, vocational guidance, development and coordination of rehabilitation training and physical restoration plans, job analysis, job seeking skills training, employment development and job placement, employee assistance programs, crisis intervention, labor market surveys, ADA consultation, expert witness testimony, and other consulting services.

Vocational Rehabilitation Consultant, Kathleen F. Sampeck, Inc., Alexandria, VA. 1984-1997.
Provided services including life care planning, case management, vocational evaluation, psychological and vocational testing, counseling, vocational guidance, development and coordination of rehabilitation training and physical restoration plans, job analysis, job seeking skills training, employment development and job placement, employee assistance programs, crisis intervention, labor market surveys, ADA consultation, expert witness testimony, and other consulting services.

Vocational Rehabilitation Consultant, Cosby P.A., Timonium, MD, 1982-1984.
Provided and supervised rehabilitation services for disabled individuals including case management, vocational evaluation, counseling, vocational guidance, coordination of rehabilitation plans, job seeking skills training, employment development and job placement, labor market surveys, and expert witness testimony.

Assistant Program Manager, Electronic Industries Foundation, Washington, D.C., 1982 -1983.
Supervised various offices of nationwide rehabilitation, training, and job placement programs placing thousands of disabled individuals in employment.  Wrote articles, grant proposals, and other publications; organized conferences; made public appearances and gave lectures and presentations pertaining to disability and employment.

Assistant Director of  Liaison, U.S. Council on the International Year of Disabled Persons, Washington, D.C., 1980-1981.  Developed and implemented nationwide and local programs and events for IYDP.  Provided consultation to corporate, national, state and local organizations. Planned and conducted conferences and meetings on national and local levels; made appearances on television, news, and radio programs; wrote and produced publications including newsletters, community action guides, and informational articles.

Employment Specialist, Projects With Industry, Division of Vocational Rehabilitation, Norwich, Connecticut, 1978-1980.  Served as liaison to eighty-five companies in New England to develop training and employment opportunities for disabled individuals.  Taught job seeking skills; trained counselors in job placement techniques.

Senior Counselor, Division of Vocational Rehabilitation, Norwich, Connecticut, 1973-1980.
Provided vocational evaluation, counseling, career guidance, coordination of rehabilitation, training and physical restoration plans, and job placement services to disabled individuals.

**Certifications**

Certified Rehabilitation Counselor, Commission on Rehabilitation Counselor Certification, Rolling Meadows, IL, #00018485.

Certified Life Care Planner, Commission on Disability Examiner Certification, Midlothian, VA, April 1996, #0076.

Certified Case Manager, Certified Insurance Rehabilitation Specialists Commission, Rolling Meadows, IL, #01757.

Certified Rehabilitation Provider, Commonwealth of Virginia, Department of Health Professionals, Board of Counseling, #0715005402.

**Professional Memberships and Awards**

Member, American Counseling Association
Member, International Association of Rehabilitation Professionals
Member, National Rehabilitation Association, NRA
Member, National Rehabilitation Counseling Association, NRCA
Member, Job Placement Division, NRA
Member, Virginia Rehabilitation Association, VRA
Member, Commission on Professional Concerns, National Rehabilitation Association, 1983 to 1984
Member, Commission on Consumer Affairs, National Rehabilitation Association, 1980 to 1984
Past President, Connecticut Rehabilitation Association, 1979 to 1980
Board Member, Connecticut Governors Committee on Employment of the Handicapped, 1978 to 1980

Counselor of the Year, Connecticut Rehabilitation Counseling Association, 1977
Innovative Job Placement Award, Connecticut Division of Vocational Rehabilitation, 1976
Certificate of Appreciation, Connecticut Rehabilitation Association, 1975

## Additional Professional Experience

Vocational Expert, Social Security Administration, Office of Hearings and Appeals, Philadelphia, PA. Provide vocational expert testimony at Regional Social Security Disability Hearings detailing information to Administrative Law Judges concerning current employability issues of persons with disabilities, 1997 to present.

Trustee, American Share Foundation, dedicated to aiding the organ and tissue transplant community, 1994-1996.

Grant Review Committee Member, Brain Injury Rehabilitation Program, ICON Employment Services, Alexandria, Virginia, 1994 to 1995.

Peer Review Panel Member, U.S. Department of Health and Human Services, Projects with Industry, 1987 to 1995. Reviewed and evaluated grant proposals for employment and training of disabled individuals.

Rehabilitation Screener, U.S. Department of Labor, Office of Workers Compensation Programs, District 25, 1993.

Lecturer, George Washington University, Washington, D.C., 1990 to 1995.
Lectured graduate students in vocational rehabilitation and job placement.

Consultant, National Organization on Disability, Washington, D.C., 1982 to 1985.
Reviewed and evaluated disability and rehabilitation related programs and grant proposals; wrote and edited publications.

Lecturer, University of Connecticut, Storrs, Connecticut, 1973 to 1980.
Lectured graduate and undergraduate students in counseling, vocational rehabilitation and job placement.

## Continuing Education

International Symposium on Life Care Planning, The University of Florida, October 2007
      Community Re-Entry for Iraqi Veterans
      Vocational Outcomes in Traumatic Brain Injury
      Pediatric Brain Injury
      Where Art Meets Science, Predicting Life Expectancy
      Elder Law as it Relates to Life Care Planning
      Ethics in an Absolute Pluralistic Society

International Conference on Life Care Planning, MediPro Seminars and the International Academy of Life Care Planners, September, 2005
      Ethics and Life Care Planning
      Life Care Planning and Testimony
      ADA: From case Law to Life care Planning
      Acquired Brain Injury

Quality Outcomes: Reliability and Validity of the LCP Process in a TBI Population

Technology's Impact of Life Care Planning
Life Expectancy for Children with Cerebral Palsy
Pediatric Brain injury: Planning for a Child's Lifetime Needs
Personal Assistance Services for Spinal Cord Injuries
Innovations in Evaluation and Treatment of Central Nervous System Disorders

International Conference on Life Care Planning, MediPro Seminars and the International Academy of Life Care Planners, October, 2004

Medicare Set-aside Arrangements Program, MediPro Seminars, January, 2004

International Conference on Life Care Planning, The Foundation for Life Care Planning Research and The International Academy of Life Care Planners, October 2003:
    The Impact of HIPPA on Life Care Planning
    Preparing Life Care Plans Outside of The United States
    Maintaining Objectivity in Litigation Support
    Medicare Set-Aside Overview
    Aging with Catastrophic Disabilities
    Making Appropriate Equipment Recommendations in Pediatric Life Care Plans
    Comprehensive Assessment of The Child with Cerebral Palsy
    Reality-Based Implementation of The Pediatric Life Care Plan
    The Pros & Cons of Home-Based Employment
    Risk Management for Life Care Planners

"Personality Disorders in Social Work & Health Care," Richmond, VA, January, 2003

"Chronic Pain Management," Advanced Life Care Planning, University of Florida/Intelicus, Reno, Nevada, October, 2002

Seventh Annual Life Care Planning Conference, University of Florida/Intelicus, October, 2002:
    Improving the Outcome of Brain Trauma Patients
    Living with the Consequences of Brain Injury
    Spinal Cord Injury Research
    Vocational Rehabilitation in Life Care Planning
    Cost Methodologies
    Cross Cultural Issues for Life Care Planners
    The Rights of the Expert Witness
    Sexuality Issues in Life Care Planning
    Hepatitis C: The Issues and the Economics
    Catastrophic Injuries, Functional Outcomes & Inappropriate Physician Recommendations
    Family-Centered Pediatric Life Care Planning

Life Care Planning Summit 2002, University of Florida/Intelicus, Chicago, IL, May 2002

Maryland Worker's Compensation Commission Training for Rehabilitation Counselors, May, 2002

"Ethics Update for Rehabilitation Counselors in the Private Sector," March 2002

Sixth Annual Life Care Planning Conference, University of Florida/Intelicus, October 2001:
  Aging with Brain Injury;
  The Role of the Life Care Plan in Mediations, Deliberations, and Alternative Dispute Resolutions;
  Revolutionary Wound Care Management;
  Pediatrics and Special Needs Trusts;
  State of the Art Rehabilitation Technology.

Advanced Pediatric Life Care Planning, University of Florida/Intelicus, January 2000.

Advanced Life Care Planning, Burns and Electric Shock, University of Florida/Intelicus, January 2000.

Fourth Annual Life Care Planning Conference, University of Florida/Intelicus, November 1999:
  Acquired Brain Injury;
  Trusts; Role of Economists in Life Care Planning;
  Chronic Pain Disorders;
  PVS: Diagnosis, Prognosis and Cost Ramifications;
  New Studies in Spinal Cord Injuries; Life Care Plans for the Neonate;
  Patient Compliance; and Disease State Management - Fibromyalgia November, 1999.

Advanced Geriatric-Elderly Disabled Life Care Planning, University of Florida/Intelicus, October 1999.

Third Annual Life Care Planning Conference, University of Florida/Intelicus, November 1998:
  Neuromedical Consequences of Brain Injury: Advanced Treatment Concepts;
  Pain Management;
  Neonatal Trauma;
  Future Trends in Assistive Housing and Technology;
  Advanced Research in Spinal Cord Injuries;
  Geriatric Rehabilitation;
  Life Care Planning for Transplantation;
  Resources for the 90's: Accessing Information in Non-Traditional Ways;
  Tort Reform in the United States.

Second Annual Life Care Planning Conference, University of Florida/Intelicus, October, 1997:
  Brain Injury: Recovery Patterns and Predictions of Outcome;
  Utilization of Outcome Data;
  Advances in Neuropharmacology Research;
  Professional Standards of Practice as Applied to Life Care Planning; Interdisciplinary Life Care Planning;
  An Integrated Approach to Litigation Support Services;
  Special Needs Trusts;
  Latest Technology for Restoration of Hand and Bladder Function in SCI;
  Spinal Cord Injury;
  Enhancing Your Life Care Plan with Environmental Modifications.

Vocational Rehabilitation, U.S. Department of Labor, under acts administered by the Office of Workers Compensation, District 25, 1996

Track 8: Life Care Planning and Advanced Case Management, Professional ad Operational Issues, 1995

Track 7: Life Care Planning for Advanced Catastrophic Case Management, Multiple Disabilities, The Rehabilitation Training Institute, 1995

Track 4: Life Care Planning and Advanced Case Management, Rehabilitation Testimony, The Rehabilitation Training Institute and University of Florida

Track 5: Life Care Planning and Advanced Case Management, Spinal Cord Injuries, The University of Florida and The Rehabilitation Training Institute, Orlando, Florida, 1995

Track 6: Life Care Planning for Advanced Case Management, Pediatric Brain injury, The Rehabilitation Training Institute, 1995

Track 3: Life Care Planning for Advanced Catastrophic Case Management, The Rehabilitation Training Institute, Boston, Massachusetts, 1994

Track 2: Life Care Planning for Advanced Case Management, The Rehabilitation Training Management, Dallas, Texas, 1994

Track 1: Advanced Life Care Planning for Catastrophic Case Management, The Rehabilitation Training Institute, Atlanta, Georgia, 1994

Body Wisdom, (Pain management and meditation) Common Boundary, Washington, D.C., 1994

Job Development and Placement of People With Disabilities During Hard Times, Regional Rehabilitation Continuing Education Program, George Washington University, 1992

Workers Compensation in Washington, D.C., 1992

Workers Compensation and Medical Aspects of Claims, Insurance Institute of America, 26 hours, 1991 to 1992

Vocational Rehabilitation, U.S. Department of Labor, under acts administered by the Office of Workers Compensation, District 25, 1991

Cognitive Rehabilitation and Community Integration, A Focus on Education, Family and Vocational Issues After Brain Injury, Continuing Professional Education, Inc., Virginia Beach, Virginia, 1991

Gestalt Therapy Training Marathon, Kenneth Kirchmer, M.S.C., Ellicott City, Maryland, 1989

Work Interests, Values, and Attitudes of Certified Rehabilitation Counselors, Research Study, California State University, 1989

Gestalt Therapy Training Marathon, Kenneth Kirchmer, M.S.C., Ellicott City, Maryland, 1988

The Energetic Leader, National Rehabilitation Counseling Association, New Orleans, LA, 1987

"Community Partnership Program, U.S. Council for the International Year of Disabled Persons, Gallaudet College, Washington, D.C., 1980

Placement Program, Institute for Social and Rehabilitation Services, Worcester, Massachusetts, 1979

## Public Speaking

Speaker, "Earning Capacity and the Imputation of Income: Effective Use of the Vocational Expert" – Virginia Continuing Legal Education and the Family Law Section of the Virginia State Bar, Richmond, Virginia, April, 2007

Speaker, "The Vocational Expert is Your Friend" – National Conference, National Association of Social Security Claimants' Representatives, Baltimore, Maryland, April, 2007

Speaker, Employment Law - a Panel Discussion, Montgomery County Bar Association, Gaithersburg, Maryland, May, 2005

Speaker, "The Vocational Perspective - A Panel Discussion with Vocational Experts," National Organization of Social Security Claimants' Representatives, April, 2003

Faculty, "Representing the Economically Dependent Spouse," The Maryland  Institute for Continuing Professional Education of Lawyers, Columbia, Maryland, 2001

Speaker, Job Placement and Supported Employment, Rehabilitation Services Administration, Government of the District of Columbia, 1995

Speaker, Southwest Business & Industry Rehabilitation Association, Scottsdale, Arizona, 1983

Speaker, "The World of Work - Move In and Up," The President's Committee on Employment of the Handicapped, Washington, D.C., 1982

Speaker, Consumers Organization for the Hearing Impaired, Annual Meeting, Laurel, Maryland, 1981

Keynote Speaker, Issues and Trends Workshop, Therapeutic Recreation Park Association, Lake Wales, Florida, 1981

Speaker, "Shrinking Dollars: Coping Strategies for Rehabilitation," Northeast Rehabilitation Association Regional Conference, Ellenville, New York, 1981

Keynote Speaker, Arkansas Governors Committee on Employment of People With Disabilities, Little Rock, Arkansas, 1981

Speaker, Executive Council, The Governors Committee on Employment of the Handicapped, Tallahassee, Florida, 1981

## Publications

Wrote and edited numerous publications between 1980 and 1984, including  newsletters, community action guides, journal articles, annual reports, etc. for the U.S. Council on the

8

International Year of Disabled Persons, The National Council on Disability, and The Electronic Industries Foundation.

November 2007

**KATHLEEN F. SAMPECK, MA, CRC, CCM, CLCP, MCRSP**
**Vocational Rehabilitation Consultant**
**2121 Eisenhower Avenue, Suite 200**
**Alexandria, Virginia 22314**
**P.O. Box 2920**
**Stafford, Virginia 22555**
*Telephone 703-551-4123*
*Fax 540-720-8833*

**List of cases in which Kathleen F. Sampeck has testified:**

**2007**

1/2 – Anella Buckner, Deposition, Domestic Relations, Montgomery County, MD, Heather Collier
2/9 – Daniel Street, Hearing, Domestic Relations, Fairfax County, VA, Wayne Berthelson
5/2 – Amelia Clark, Trial, Domestic Relations, Fairfax County, VA, Sean Kelly
5/10 – William Coffey, Circuit Court, Harford County, MD, Robert Fergusen, Defense
6/28 – Rebecca Allen, Domestic Relations, Loudon County, VA, Lawrence Gaughan
7/9 – Hoda Makar, Domestic Relations, Montgomery County, MD, Steven Buckner
7/9 – Valerie Maloney, Domestic Relations, Fairfax County, VA, Leslie Hoffman
8/15 – Rick Aratoon, Domestic Relations, Fairfax, VA, Gerald Curran
9/7 – Penny Curry, Deposition, Alexandria VA, Christine Ramapuram, Defense
9/10 – Bernarda Domestici, Domestic Relations, Fairfax, VA, Leslie Hoffman
9/11 – Fadha Uzaldin, Domestic Relations, Loudon County, VA, Christne Mougin-Boal
10/16 – Janice Badesha, Domestic Relations, Calvert County, MD, Alan Fishbein
10/17 – Pedro Leite, Deposition, Washington D.C. Superior Court, Jack Burgess, Plaintiff
10/19 – Theresa Windsor, Domestic Relations, Calvert County, Maryland
10/26 – Greg Jones, Domestic Relations, Ferderick County, Virginia, Michele Jones
10/30 – Kim Jones, Deposition, Norfolk, Virginia, Paul Warren, Plaintiff
11/16 – Douglas Fontenot, Domestic Relations, Stafford, Virginia
11/26 – Steven Hitchcock, Domestic Relations, Montgomery County, Maryland, Steven Buckner
11/27 – Lynn Pavesi, Domestic Relations,  Montgomery County, Maryland, Brian Renehan
12/12 – Delois Gillespie, U.S. District Court, Washington, D.C., Wyneva Johnson, Defense

**2006**

1/17 - Seung Deog Ahn, Trial, Domestic Relations, Fairfax County, VA, Robert Surovell
1/25 - Jenan Heshmat, Trial, Domestic Relations, Montgomery County, MD, Jeffrey Greenblatt
1/26 - Jones, Trial, Domestic Relations, Fairfax County, VA, Heather Cooper
1/27 - Harriett Best, Deposition, Washington, D.C., Jonathan Rees, Defense
1/30 - Silber, Trial, Domestic Relations, Montgomery County, MD, Brian Perlstein
2/2 -  Stepehn Perkin, Trial, Domestic Relations, Fairfax County, VA, Maureen Danker
2/15 - Krasnow, Trial, Domestic Relations, Fairfax County, VA, Mary White
2/16 - Theresa Moubarek, Domestic Relations, Montgomery County, MD, Dorothy Fait
2/21 - Samia Abadir, Domestic Relations, Prince Georges County, MD, Kari Fawcett
2/23 - Lloyd McCauley, Trial, Prince Georges County, MD, Defense
3/23 - Billings, Domestic Relations Hearing, Fairfax County, VA, Anne Heishman
3/29 - Mary Swanberry, Trial, Domestic Relations, Fairfax County, VA, Margo Owen
6/5 - Anthony Bikowski, Trial, Domestic Relations, Fairfax County, VA, Maureen Danker
6/7 - Michael Konoza, Trial, Circuit Court, Alexandria, VA, Jack Burgess, Plaintiff

6/12 - Lorraine Underwood, Trial, Circuit Court, Fairfax, VA, Russell Ray
7/5 - Ajai Sandhir, M.D., Trial, Domestic Relations, Fairfax County, VA, Sarah Piper
7/6 - Michael Cachine, Trial, Domestic Relations, Fairfax County, VA, Mary White
7/7 - Lisa Labarraque, Trial, Domestic, D.C. Superior Court, Steve Buckner
7/19 - Mary Feord, Trial, Domestic, Fairfax Circuit Court, VA
7/25 - Michael Blum, Trial, Prince Georges County Circuit Court, MD, Plaintiff, Pat Thornton
8/8 - Gretchen Kirkland, Deposition, Domestic, Loudon County, VA, Donald Dougherty
8/21 - Kevin Stewart, Trial, Domestic, Prince William County, VA, James Livesay
9/12 - Dawn Eisert, Trial, Domestic, Loudon County, VA, Sean Kelly
10/12 – Laura Gregg, Deposition, D.C. Superior Court, Plaintiff, Daniel Schultz
11/1 – Cindy Berman, Domestic Relations, Montgomery County, Vincent Wills
11/9 – Elise Jackson, Deposition, D.C. Superior Court, Plaintiff, Daniel Schulz
11/21 – Helen Aikman, D.C. Superior Court, Plaintiff, Barry Nace
11/28 – Robert Ciullo, Domestic Relations, Loudon County, VA, David Zangrilli
12/5 – Steven Motzno, Domestic Relations, Montgomery County, MD, Steven Buckner
12/6 – Marcy Hartman, D.C. Superior Court, Defense, Carlos Stecco

## 2005

1/3 - Carol McCarty, Hearing, Montgomery County, MD Domestic Relations, Deborah Reiser
1/11 - James Walker, Trial, Prince William County, VA, Michael Joshi, Defense
1/25 - Gary Hawthorne, Fairfax County, VA, Domestic Relations, Dorothy Isaacs
1/28 - Justin Cunningham, Deposition, Washington, D.C., Plaintiff, Steve Adelman
2/23 - Irene Shere, Trial, Montgomery County, MD, Domestic Relations, Brian Renehan
3/29 - David Zoll, Trial, Fairfax County, VA, Domestic Relations, Robert Surovell
3/31 - Suzanne Sevareid, Deposition, Annapolis, MD, Defense, Mary Alane Downs
5/2 - Edward Rozinsky, Trial, Domestic Relations, Fairfax County, VA, Mark Astore
5/19 - Maureen Duignan, Deposition, Domestic Relations, Washington DC, Steven Buckner
6/7 - Steven Jones, Trial, Domestic Relations, Fairfax County, VA, Heather Cooper
6/29 - Lynn Whittaker, Trial, Domestic Relations, Prince William County, VA, Heather Cooper
7/27 - Phu Dam Phan, Trial Domestic Relations, Fairfax County, VA, Dorothy Isaacs
8/4 - Jonathan Crook, Hearing, Domestic Relations, Stafford County, VA, Jeanette Purvis
8/24 - Xiao Liu, Deposition, Domestic Relations, Montgomery County, MD, Jeffrey Greenblatt
9/14 - Cecelia Korscog, Trial, U.S. District Court, Alexandria, VA, Lawrence Anderson, Plaintiff
10/6 - Douglas McClaskey, Deposition, Fairfax County, VA, Dawn Boyce, Defense
11/9 - Tina Hernandez, Trial, Domestic Relations, Fairfax County, VA, Thomas Sotello
11/21 - George Marlette, Deposition, Fairfax County, VA, Kim Brooks-Rodney, Plaintiff
11/22 - James Annable, Trial, Domestic Relations, Montgmery County, MD, Brian Wise
11/29 - Earl Barnes, Deposition, Louisville, KY, Steven Frederick, Plaintiff
12/6 - George Marlette, Trial, Fairfax County, VA, Kim Brooks-Rodney, Plaintiff
12/9 - Justin Cunningham, Daubert Hearing, U.S. District Court, Washington, D.C., Plaintiff
12/12 - Justin Cunningham, Trial, U.S. District Court, Washington, D.C., Plaintiff

## 2004

1/16 - Yaritza Droz, Deposition, Chicago, IL, Plaintiff, Henry Gruss
1/21 - Kevin Hoffman, Trial, Montgomery County, MD, Plaintiff, Michael Hannon
1/21 - Bruce Arinaga, Trial, Domestic Relations, Montgomery County, MD, Deborah Reiser
2/19 - Kyle Veazey, Deposition, Defense, Adam Smith
3/18 - Patricia Cundari, PL Hearing, Domestic Relations, Fairfax County, VA, Paul Smollar
4/21 - Sidney Jackson, Deposition, Washington, D.C., Defense, Michael Rowan

5/10 - Viola Dixon, Deposition, Washington, D.C., Defense, Byron Mitchell
5/11 - Laurin Morrison, Deposition, Washington, D.C., Defense, Jack Lapidus
5/25 - Kenneth Gray, PL Hearing, Domestic Relations, Fairfax, Virginia, Joyce Schargorodski
6/22 - Katherine Griffin, Trial, Domestic Relations, Montgomery County, MD, Deborah Reiser
6/24 - Jurisova, Deposition, Domestic Relations, Montomgery County, MD, Ellen Lee
7/19 - Haile Hagos, Deposition, Montgomery County, MD, Defense, Alice Scanlon
7/20 - Menitti, Trial, Domestic Relations, Fairfax County, Judy Dugger
8/16 - Epifanio Funes, Deposition, Plaintiff, Joseph Camaratta
8/20 - Elizabeth Keeling, Deposition, Domestic Relations, Arlington, VA, Gerald Curran
9/29 - Patricia Cundari, Trial, Domestic Relations, Fairfax, VA, unrepresented
9/29 - Joan Salvagno, Trial, Domestic Relations, Hagerstown, MD, Bruce Poole
11/23 - Scott MacNamara, Trial, Domestic Relations, Fairfax County, VA, Horton
12/6 - Marianne Sawicki, Deposition, Annapolis, Maryland, Plaintiff, Lori Bortz
12/8 - Joseph Alices, Trial, D.C. Superior Court, Plaintiff, Michael Hannon
12/15 - Janice Lahr, deposition, Montgomery County, MD, Domestic Relations, Holly Wittier
12/16 - Mohammed Kahn, Trial, Fairfax County, VA, Domestic Relations, Katherine Leckey

**2003**

1/8 - Yuko Medwigy, Trial, Fairfax County Circuit Court, Domestic Relations, Mark Astore
1/9 - Darrell Gross, Deposition, Greenbelt, MD, Plaintiff, Edward Bacon
1/13  - Tron Lindsey, Deposition, D.C. Superior Court, Defense, Timothy Reed
2/25 - Karl Spain, Trial, Domestic Relations, Montgomery County, Maryland, Brian Perlstein
2/26 - Patricia Cipparone, Domestic Relations, Fairfax County, Virginia, Robert Vaughn
3/20 - Tron Lindsey, Trial, U.S. District Court, Washington, DC, Defense, Todd Read
5/7 - Gloria Druscell, Deposition, Baltimore Circuit Court, Defense, Robert Fergusen
5/20 - Nino Dobrovic, Domestic Relations, Fairfax, VA, Daniel Gray
5/20 - Nan Richards, Domestic Relations, Fairfax, VA, Betty Thompson
5/21 - Theresa Smith-Hill, D.C. Superior Court, Defense, Cynthia Santoni
5/27 - Judy Salgado, Deposition, Domestic Relations, Montgomery County, MD, Carlos Lastra
5/29 - Marilyn Holloway, Deposition, Domestic Relations, Montgomery County, Carlos Lastra
6/2 - Raymond Munz, Domestic Relations, Fairfax, VA, Anne Mische
6/3 - Marilyn Holloway, Domestic Relations, Montgomery County, MD, Brian Renehan
6/11 - Kathleen Schnarre, Domestic Relations, Stafford County, VA, James Livesay
7/23 - George Pappas, Domestic Relations, Fairfax, VA, John Snider
7/30 - Kathleen Forage, Domestic Relations, Montgomery County, Allen Kruger
8/6 - Cyndi Welch, Domestic Relations, Fairfax, VA, Gerald Curran
8/18 - Timothy Tremblay, Deposition, Plaintiff, Washington, D.C., Adam Leighton
9/25 - Charles Presley, Deposition, Defense, Washington, D.C., Michael Hannon
9/25 - Richard Weishorn, Deposition, Defense, Washington, D.C., Sanford Friedman
10/1 - Christine Ioli, Trial, Domestic Relations, Loudon County, VA, Kenneth Hodge
10/13 - Lori Karin, Deposition, Defense, Washington, D.C., Ronald Guziak
10/21 - Ronald Watkins, Trial, Defense, D.C. Superior Court, Holly Johnson
10/28 - Sneh Bhansaly, Trial, Domestic Relations, Montgomery County, MD, Richard Healy
11/19 - Raymond Munz, Trial, Domestic Relations, Fairfax County, VA, Ann Mische
12/8 - Kotsiras, PL Hearing, Domestic Relations, Montgomery County, MD, Brian Perlstein
12/9 - Cameron Breummer, Trial, Domestic Relations, Fairfax County, VA, Robert Shoun
12/11 - Melissa Lankler Kelly, Trial, Domestic Relations, Montgomery County, Howard Soypher

Revised 12/14/07

# Capital Case Management, Inc.

Rehabilitation Counseling, Case Management, and Life Care Planning Services
2121 Eisenhower Avenue, Suite 200, Alexandria, Virginia 22314
Post Office Box 2920, Stafford, Virginia 22555-2920
Telephone: 703.551.4123  Fax: 540.720.8833

## **FEE SCHEDULE**

Professional Services.................................................................................$250.00 per hour
Services include review of file materials, meeting or interviewing clients, counseling, testing, evaluating, research, planning, conferring with attorneys, job development, placement, preparation, report writing, life care planning, expert witness testimony, travel, etc.  Expenses are billed separately.

Expert witness testimony................................................................................$250.00 per hour
By deposition or in person, requires a four hour minimum charge [$1,000.00] and is charged portal to portal.  Fees for deposition and trial testimony must be paid in advance.  Twenty-four
hour cancellation notice is required.

Expedited Services……………………………………………………………$300.00 per hour
All services provided for referrals with deadlines less than 30 days.

Mileage..........................................................................................................  .53 per mile

Revised 3/1/07