# THOMAS C. BORZILLERI, PH.D.
Economic Consultant
One Democracy Plaza
6701 Democracy Boulevard
Suite 300
Bethesda, Maryland 20817

———

TELEPHONE: (202) 862-3630
FAX: (202) 862-3634
E-MAIL: tcb1011@verizon.net

## SUMMARY OF PROFESSIONAL QUALIFICATIONS

**ACADEMIC DEGREES:**
   Ph.D., Economics, University of Maryland, College Park, 1979
   M.A., Economics, University of Maryland, College Park, 1973
   B.S., Economics, University of Maryland, College Park, 1970

**COMPREHENSIVE FIELD EXAMINATIONS:** Industrial Organization and Anti-Trust, Monetary Theory and Policy, Macro and Micro Economic Theory, Social Policy.

**OTHER FIELDS OF GRADUATE STUDY:** Econometrics and Statistics, Input-Output modeling, Microsimulation modeling, Monte Carlo techniques, Urban and Regional Economics, Environmental Economics.

**DOCTORAL DISSERTATION**: "A Microanalytic Simulation Model of the Retirement Decision and Social Security Costs"

### PROFESSIONAL EXPERIENCE

**1989-PRESENT, ECONOMIC CONSULTANT:** Private practice, economic analysis concerning a variety of economic issues and expert testimony in Washington, D.C. area courts. Areas of analysis include damage computations, anti-trust economics, business and professional practice valuation, analyses of lost profits, earnings losses from personal injury and wrongful death, competitive market analysis, pension valuation, wrongful discharge, statistical analysis in discrimination matters, and other subjects. Qualified as an economic and/or actuarial expert in Anne Arundel, Charles, Baltimore City & County, Frederick, Howard, Montgomery, Prince George's, Washington and St. Mary's County Circuit Courts in Maryland, Superior Court in D.C., Arlington, Alexandria, Fairfax, Loudoun, Orange, and Prince William Circuit Courts in Virginia, Circuit Court in Sacramento California, Federal Courts in Baltimore & Greenbelt, Maryland, Houston, Texas, Washington, D.C., Wilmington, Delaware, and Alexandria, Virginia. Appointed Special Master by Prince George's County Court, Court Appointed Expert by Prince George's County Court, Served as Judge's Consultant in Public Utility Condemnation Proceedings, Prince George's County Court..

**1985-1989, SENIOR ECONOMIC CONSULTANT, DIRECTOR OF INSURANCE STUDIES, J. W. WILSON & ASSOCIATES:** Fields of expertise included damage estimates in anti-trust and lost profit cases, econometric and simulation modeling and analysis, survey research, and economic analysis of competitive issues and profitability. Emphasis on the insurance industry and preparation of expert testimony in property-casualty insurance rate-making cases. Studies included analyses of medical malpractice insurers (West Virginia, North Carolina), workers compensation insurers (Louisiana, Texas, Maine, Virginia), automobile insurance (New Jersey, South Carolina, California, Washington, D.C.). Expert economist testimony concerning profitability, rate of return, extent of

competition, statistical analysis before the Maine Insurance Commission, Virginia Corporation Council, D.C. Public Service Commission.

**1978-1985, ECONOMIC CONSULTANT**

**NATIONAL ASSOCIATION OF RETIRED FEDERAL EMPLOYEES:** Authored an independent study of the historical effects of inflation on Civil Service retirement income and the effect of proposed Congressional legislation to alter the cost-of-living adjustment provisions of the Civil Service Retirement System.

**AMERICAN ASSOCIATION OF RETIRED PERSONS:** Authored numerous independent studies including an analysis of the rates of return for workers from participation in the Social Security System, analyses of the effect of inflation on the income and wealth of the retired population, analyses of the accuracy of the Consumer Price Index, analyses and evaluations of employment programs, the preparation of macro-economic forecasts, and the preparation of legislative and public policy analyses.

**THE PRESIDENT'S COMMISSION ON PENSION POLICY:** Authored two independent studies published by the Commission, one valuing the contribution to retirement income made by twelve Federal programs providing non-cash benefits (Medicare, Food Stamps, Housing Programs, etc.) to the retired population, the other analyzing income adequacy standards (the official poverty level, BLS family budgets, etc.) and developing an original income adequacy standard which was adopted by the Commission in its report to the President.

**OFFICE OF TECHNOLOGY ASSESSMENT:** Retained to consult for OTA staff, prepare analyses, and provide professional independent review of a study prepared by OTA for the Congress of the effects of technological change on the U.S. economy and consumer income.

**UNITED STATES SENATE:** Authored an independent study published by the U.S. Senate on the effects of macro-economic events on the income, wealth, and employment of the older population.

**1973-1978, CHIEF ECONOMIST, AMERICAN ASSOCIATION OF RETIRED PERSONS:** Responsibilities included preparation of economic analyses for presentation to the Congress, testifying and lobbying for the Association, studies of Association older-worker employment programs, legislative analyses, development of policy positions on a wide variety of public policy issues, survey research, economic forecasting, and the development of financial service products for the AARP members.