# Capital Case Management, Inc.

**Rehabilitation Counseling, Case Management, and Life Care Planning Services**
Post Office Box 2920, Stafford, Virginia 22555-2920
Telephone: 703.551.4123  Fax: 540.720.8833

December 14, 2007

James S. Bubar, Esquire
1776 K Street, N.W.
Suite 800
Washington, D.C. 20006

Re:  Dean Kevin Lurie, M.D.

Dear Mr. Bubar:

At your request I have completed a vocational assessment of Dr. Kevin Lurie for the purpose of rendering opinions regarding his employment and earning capacity.  I am a well-qualified vocational consultant with more than 34 years of experience (including earning capacity evaluations of several physicians in a variety of healthcare settings). My CV, Fee Schedule, and a list of cases in which I have testified are attached.

You provided me with documentation of Dr. Lurie's education and professional experience, and asked that I evaluate his earning potential as a Surgeon in private practice compared with what he earned as an employee of Kaiser Permanente.  I interviewed Dr. Lurie, and reviewed several resources for information regarding the earnings for Surgeons in the Washington, D.C. metropolitan area.[1]

Dr. Lurie is a 50-year-old physician who resides in Washington, D.C.  He is Board Certified in General and Vascular Surgery,  After 17 years as a Staff Physician with Kaiser, (8/88-10/05) he was terminated and is claiming discrimination, breach of contract and wrongful discharge.  While employed by Kaiser, Dr. Lurie treated patients, performed surgeries, served in managerial or administrative roles, conducted and published original research, and received numerous recognitions and service awards.  He was earning $375,000 annually, and enjoyed a benefits package valued at approximately 23% of his salary.

Having been terminated from Kaiser, Dr. Lurie had little choice but to start a private practice.  There were several factors he had to consider in making this decision, including the fact that it likely would have been difficult to secure a comparable position with another healthcare

---

[1] American Medical Association, Medical Group Management Association, and the Economic Research Institute's Salary Assessor.

Dean Kevin Lurie, M.D.
December 14, 2007
Page 2 of 2

program having been fired from Kaiser, and the fact that the Washington D.C. metropolitan area is saturated and there simply are few, if any positions available in his field.

After investing $80,000-100,000 to start up his Silver Spring, Maryland practice, Dr. Lurie was able, with hard work and long hours, to earn $250,000 in his first year. He hopes to earn between $300,000 and $350,000 in his second year. It is reasonable to assume that by the end of his fourth year, Dr. Lurie will be able to close the gap, and will resume earning $375,000 annually.

In addition to his start-up expenditures and his loss of earnings in the first 3-4 years of private practice, Dr. Lurie has also lost a very attractive retirement benefit, the details of which will be addressed by an economist. Lastly, it is important to note that Dr. Lurie has had to increase his hours of work by 15-20% in order to maintain his current salary level. In essence, he is working more, and earning less. Additionally, he previously enjoyed a fixed schedule, and there were other staff physicians as back-up. Now he finds that he must be available on weekends and at night, since his is a solo practice.

The opinions expressed in this report are held within a reasonable degree of professional certainty in the field of vocational counseling. They are based upon the information available to date. Naturally, I reserve the right to change my opinions and amend this report if additional information becomes available. Please feel free to contact me if you have any questions.


Respectfully Submitted,


/s/


Kathleen F. Sampeck, MA, CRC, CCM, CLCP
Vocational Consultant