UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEAN KEVIN LURIE, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01386 |
| ) | Judge Royce C. Lamberth |
| MID-ATLANTIC PERMANENTE ) | |
| MEDICAL GROUP, P.C. (MAPMG) ) | |
| D/B/A KAISER PERMANENTE ) | |
| ("KAISER"), ET AL., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2007, the service of the foregoing Report of Dr. Borzilleri under Fed. R. Civ. P. 5(a) has been made under Local Civil Rule 5.4(d) on the following persons:

> R. Michael Smith
> Charles R. Bacharach
> Gordon, Feinblatt, Rothman,
> Hoffberger & Hollander, LLC
> 233 East Redwood Street
> Baltimore, MD 21202
> Attorneys for Defendants

                                                                 /s/
                                               James S. Bubar