# THE EARNINGS AND PENSION LOSSES ARISING FROM THE TERMINATION SUSTAINED BY

## DEAN KEVIN LURIE, M.D.

Submitted to:

**JAMES S. BUBAR, ESQ.**
Attorney at Law
Suite 800
1776 K Street, NW
Washington, DC 20006

Submitted By:

**THOMAS C. BORZILLERI, PH.D.**
Economic Consultant
6701 Democracy Boulevard
Suite 300
Bethesda, Maryland 20817

*Thomas C. Borzilleri*

December 17, 2007

## SUMMARY OF FINDINGS

I have estimated the current market cost to replace the loss of earnings and pension benefits incurred by Dr. Dean Lurie. I place his cash earning losses at $65,282 and pension losses at $634,706. Total losses from these two sources are $699,988. Dr. Lurie received a payment from his pension plan in the amount of $63,513 reducing losses to $636,475.

One final adjustment is required. The $636,475 is an after tax loss figure and Dr. Lurie will pay income taxes on any compensation that he receives. Assuming a 30% effective marginal rate, losses must be increased by a factor of 1.4286, increasing the proper level of compensation to **$909,268**. That amount, less taxes on his compensation, will provide him the $636,475 after taxes that he has lost.

These estimates are current market costs, based on the current market price for an annuity to replace the economic value of the losses he has sustained, and is likely to sustain, over time. It is therefore an actuarially reduced present value, taking into account Dr. Lurie's year to year survival probability (life expectancy), income taxes, and interest.

As discovery is supplemented with documents concerning the pension plan these loss estimates will be revised if necessary. Annuity prices change with changes in the money markets and interest rates, so while my analytical method will remain the same, this analysis will be updated at time of trial to reflect the market price for an annuity at that time. Should rates be higher than they are now, the resulting loss estimates will be lower. Alternatively, should rates be lower than they are now, resulting loss estimates will be higher.

## INFORMATION PROVIDED BY COUNSEL

The information that follows has been provided to me Counsel and outlines the basic elements of the case I have been asked to value. As various additional facts become known and/or stipulated to, my estimates may be revised to take those matters into account.

I have been provided with Dr. Lurie's date of birth, February 1, 1957 and the date of his termination, October 21, 2005. I have also been provided with Dr. Lurie's tax returns for 2002, 2003, 2004, 2005 and 2006.

Dr. Lurie is a physician who was employed by Kaiser Permanente at the time of his termination. He states that his expected earnings in 2005 were $375,000. Dr. Lurie started his own practice after his termination from Kaiser and according to his 2005 Federal Income Tax return, had no income, only expenses in 2005 of $43,044 as he set up his practice. His actual

earnings from Kaiser in that year were $317,424 for a net income of $274,280 and pre-tax losses in that year of $100,720. I estimate after-tax losses of $65,282

Dr. Lurie's pension plan awarded him 2% of base pay per year of service for each of the first 20 years of service and 1.0% of salary for all years thereafter.. His service date with Kaiser was August, 1988 and he therefore had 17.2 years of service to his termination date, producing a pension equal to 34.4% of his base pay. His base pay in that year was $260,000 producing a benefit earned to termination of $89,550 per year payable at age 60.

Had he remained employed to age 60, he would have had 28.5 years of service and would have earned a pension equal to 48.5% of his base pay at age 60. I estimate that his base pay would have been $421,064 by that time, producing a benefit of $204,241 per year.

I have calculated the actuarial present value of the difference between $89,550 per year payable at age 60 and the $204,241 per year also payable at age 60.

**OVERVIEW OF METHOD**

Economic losses may be computed in so-called "real" or after-inflation terms or in terms of nominal amounts, dollar losses without adjusting for purchasing power. Either calculation produces approximately the same answer. Typically in the "real" approach, historical rates of real earnings growth, in the range of 1% to 3% per year, and real interest rates, also in the 1% to 3% per year range, are cited as a reasonable forecast of these rates for the future.

I favor the alternative approach, one in which nominal rates of earnings growth and market interest rates are used. I use an earnings growth forecast prepared each year by the Social Security Administration[1]. This forecast produces earnings growth forecasts in the 3% to 4.2% per year range, inflation in the 2% to 3.3% range, and real earnings growth in the 1% range in real or after-inflation terms, consistent with U.S. economic history, as is typically cited in the after-inflation approach.

In place of an after-inflation interest rate forecast of bond yields for discounting I use the current market price for the purchase of an annuity to "discount" these future losses. Using a market price to purchase a contract to

---

[1] Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds, *2007 Annual Report of the Board*, Washington, D.C., March 23, 2007, Page 88, Table V.B1.

for this analysis using the average prices reported by the PBGC methodology, any annuity from a solid company producing the same replacement income is an acceptable valuation alternative[4].

PBGC is a United States Government agency charged with the responsibility of insuring pension plans in the event of employer default under the Employee Retirement Income Security Act (ERISA). As a consequence of that responsibility, PBGC monitors the annuity market and has the American Council of Life Insurers collect price data each month from a national sample of insurance and annuity companies. The PBGC Methodology permits the analyst to approximate the current price of an annuity found in this survey, given only the party's age and gender.

The methodology is essentially a method to distribute and disseminate current annuity prices. The prices, as stated above, come from a survey of the market and are not forecasts. Each month, the PBGC provides "interest factors", based on its survey results that are to be combined with its specific life table. Neither the specific life table nor the factors to be used, determine these annuity prices - which again, come from a survey.

These interest factors are not the yield on a specific financial instrument but rather rates, which when mathematically combined with the specific PBGC mortality tables, reproduces the findings of the PBGC annuity price survey for the age and gender of the party involved. As the PBGC explains:

*"These derived interest factors are not market interest rates. The factors stand in for all the many components used in annuity pricing that are not reflected in the given mortality table e.g., assumed yield on investment, margins for profit and contingencies, premium and income taxes, and marketing and sales expenses."*

The PBGC price survey provides an accurate, cost-effective, and objective estimate of the actual, current market price required to purchase a future flow of income equal to the amount required to compensate the terminated party for expected future losses. Implicitly, my compensation approach is to provide Dr. Lurie with cash payment sufficient to cover past losses and cash payment sufficient to purchase an annuity, a market-determined present value, to replace future losses.

---

[4] I estimate current market annuity prices for this analysis using the PBGC methodology, but any quality annuity contract producing the same replacement income is an alternative for the establishment of present value.

I am not requiring that such an instrument actually be chosen for compensation purposes. I am using annuity prices as an indicator of the financial market's "tradeoff" between the value of future dollars and the value of present dollars, inclusive of available investments, the time period involved, cash requirements associated with compensation, and mortality considerations. PBGC price information is current, reflecting actual economic conditions in the money market in the month of the lost earnings analysis and in fact, is a function of the current yields on the professionally managed, investment portfolios of insurance or annuity companies that back these annuity contracts[5].

The use of an annuity price to establish the discounted present value of future losses provides a number of advantages over the more familiar approach in which an analyst explicitly specifies an expected yield on a particular financial instrument or investment portfolio, typically bonds. Most importantly, an annuity price is an actual, market price at this point in time, not a forecast of future yields.

In addition, PBGC prices are objective, provided by the U.S. Government, and not prepared for the purpose of the litigation at issue. The price is a market price, favoring neither plaintiff nor defense and such prices are public information that may be easily verified by all parties to the litigation. Finally, an annuity provides for periodic payments, a flow of compensating income timed similarly to the losses that are expected to occur in the future. Regardless of the future course of interest rates, an annuity price provides the actual market cost today, to purchase the required future flow of compensating payments for future losses.

**VALUATION ADJUSTMENTS**
The annuity prices that PBGC monitors however, are taxable annuities and therefore the compensating income I calculate using these prices will be less than the pension income Dr. Lurie would have earned had he not been terminated. Ideally, the compensating instrument would be tax-free, so that the flow of compensation after tax would exactly equal the flow of income I seek to replace without the complication of taxes. Tax free municipal bonds represent one alternative financial instrument that could be used, but to do

---

[5] The PBGC Methodology involves 2 components: the financial flow required to pay the annuity to individuals, and for *groups* of employees, an administrative cost component. Because I am dealing with an individual rather than a group of employees, I use *only* the financial flow. Administrative expenses are ignored and therefore my estimated annuity price may be somewhat below group annuity market prices.

so gives up the advantage of using a current price and requires that a rate of return forecast be made for the damage period.

To approximate the price of a tax-free annuity, I calculate the approximate tax liability associated with the annuity payments and increase each year's payment such that after taxes, Dr. Lurie would receive the amount I estimate that he has lost. This is similar to performing the analysis with tax-free municipal bonds but it maintains the advantages I believe exist when an annuity price is used for the future loss calculation. This adjustment increases the loss estimates by the present value of expected taxes on the compensation, just as the loss estimates would be increased if I used the lower yields associated with tax-free instruments.

This is the column labeled "Adjustment Required" on the attached printouts, Schedule 3. It should be noted however, that my analysis produces loss estimates both with and without this adjustment. The column labeled "Market Value @ PBGC" provides losses without the above tax adjustment. In the event that my adjustment is deemed inappropriate however, estimates are provided both with and without it.

# References

Board of Trustees, Federal Old-Age and Survivors Insurance and Disability Insurance Trust Funds, *2006 Annual Report of the Board*, Washington, D.C., May 1, 2006, Page 88, Table V.B1.
http://www.ssa.gov/OACT/TR/TR06/tr06.pdf

United States Government, *Code of Federal Regulations*, 29 CFR Parts 2619, 2676, & 4044, Washington, D.C., March 14, 2005.
http://thefederalregister.com/d.p/2005-03-14-05-4950

Millimet, Daniel L., Nieswiadomy, Michael, Ryu, Hang, Slottje, Daniel, *Estimating Worklife Expectancy: an Econometric Approach*, Journal of Econometrics, Volume 113, Issue 1, March 2003, Pages 83-11,
http://faculty.smu.edu/millimet/pdf/worklifekidspaper.pdf

*Marriage, Children and Worklife Expectancy,* Millimet, Daniel L., Nieswiadomy, Hang, Slottje, Daniel
http://www.econ.unt.edu/research/pdf/01-04NiesWorklife.pdf

Cieka, James, Donley, Thomas, and Goldman, Jerry, *A Markov Process Model of Worklife Expectancies by Educational Attainment Based on Labor Market Activity in 1997-98,* Journal of Legal Economics, Volume 10, Number 3, Winter, 2000-01.

Pension Loss Ret. Age

# PENSION SUMMARY SHEET

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date of Analysis: | | 17-Dec-07 | | | | | |
| Name: | | Lurie | | Pension Losses Retirement at Age: | | 60.00 | $634,706 |
| Attorney' Name: | | Bubar | | | | | |
| Income Replaced: | | After-Tax | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PAST LOSSES: | 17-Dec-07 | To: | 17-Dec-07 | | $0 |
| FUTURE LOSSES: | 18-Dec-07 | To: | 1-Feb-17 | | |

| | | | |
|---|---|---|---|
| Annuity Value of Net Future Losses, PBGC Taxable Annuity Price: | | | $587,428 |
| Annuity Value of Approximate Tax on Compensation Adds: | 8.05% | | $47,278 |
| Current Market Price to Buy Annuity equal to Future losses, Payment Stream Only: | | | $634,706 |
| **MARKET PRICE TO REPLACE FUTURE LOSSES, MONTH OF:** | | Dec-07 | $634,706 |

Benchmarks, Approximate Implied Growth - See Attached Tables for Actual Rates Used

| | | | | |
|---|---|---|---|---|
| Pension that Would Have Been Earned at Retirement Age | 60.00 | 2/1/17 | | $204,241 |
| Pension that Will Be Paid Now: | | 2/1/17 | | $89,550 |

| | | | | |
|---|---|---|---|---|
| PBGC Instruction Set, Rate for First 20 Years | 5.37% | PBGC Rate Years Thereafter: | | 5.04% |
| Alternative Used for Analysis, Direct Discounting: | | | | #N/A |
| Annuity Price with Tax Adjustment Comparable to Tax-Free Bond Yield of: | | | | -19.94% |

| | | | | |
|---|---|---|---|---|
| Date of Birth of Party: | 2/1/57 | Date Injury First Caused Reduction in Pension | | 2/1/17 |
| Age at Injury: | 60.00 Age at End of Injury Year: | 60.00 | Exact Age on Analysis Date: | 50.87 |
| | Normal Life Expectancy, as of Injury, PBGC LIfe Tables, 94 GAM, Adjusted to | | 2007 | 32.04 |
| | Normal Life Expectancy as of Today, PBGC Life Tables 94 GAM, Adjusted to | | 2007 | 31.10 |
| | | | Reported Life Expectancy at Injury: | 32.04 |
| | | | Age + LX As of Date of Analysis: | **81.97** |

| | | | Age | SSA Growth | Base Pay |
|---|---|---|---|---|---|
| Service Date | 8/1/1988 | 2005 | 47.92 | 0.00% | $260,000 |
| Term Date | 10/21/2005 | 2006 | 48.92 | 4.40% | $271,440 |
| Service to Term | 17.22 | 2007 | 49.92 | 4.10% | $282,569 |
| Planned Retirement | 60.00 | 2008 | 50.92 | 4.40% | $295,002 |
| Date of Retirement | 2/1/2017 | 2009 | 51.92 | 4.40% | $307,982 |
| Service at Age 60 | 28.50 | 2010 | 52.92 | 4.30% | $321,225 |
| | | 2011 | 53.92 | 4.20% | $334,717 |
| | | 2012 | 54.92 | 4.20% | $348,775 |
| | | 2013 | 55.92 | 3.90% | $362,377 |
| | | 2014 | 56.92 | 3.80% | $376,148 |
| | | 2015 | 57.92 | 3.90% | $390,817 |
| | | 2016 | 58.92 | 3.80% | $405,668 |
| | | 2017 | 59.92 | 3.80% | $421,084 |

| Pension Formula | | | | | |
|---|---|---|---|---|---|
| First 20 | 2.0% | Pension at Term | 0.3444 | $89,550 | |
| Therafter | 1.0% | Pension at Planned Retirement | 0.4850 | $204,241 | |

Taxation

| | |
|---|---|
| Average Effective Earned Income Tax Rate, No Event, State & Federal: | 13.91% |
| Average Effective Earned Income Tax Rate, Event, State & Federal: | 3.30% |
| Marginal Tax Rate on Compensation, State & Federal: | 7.65% |
| Average Tax Rate including Compensation, State & Federal: | 4.99% |

Pension Loss Ret. Age

| | | | | | : PAST & EXPECTED PENSION LOSSES | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Year (1) | SSA Growth Rates No Injury (2) | Age (3) | Gross Pension 2007$ (4) | Gross Pension Current $ (5) | Estimated Taxes on Pension (6) | Pension But For Injury (7) | Pension Growth Injured (8) | Gross Pension Injured (9) | Estimated Taxes on Pension (10) | Pension Given Injury (11) | Estimated Losses Current $ (12) |
| 1/1/17 | | | | | | $0 | | | | | |
| 2017 | | 60.91 | $156,018 | $186,208 | $38,693 | $147,515 | #N/A | $81,949 | $6,527 | $75,422 | $72,093 |
| 2018 | 9.68% | 61.91 | $151,769 | $204,241 | $43,871 | $160,370 | 9.27% | $89,550 | $7,506 | $82,044 | $78,326 |
| 2019 | 0.00% | 62.91 | $147,635 | $204,241 | $43,273 | $160,968 | 0.00% | $89,550 | $7,340 | $82,210 | $78,759 |
| 2020 | 0.00% | 63.91 | $143,614 | $204,241 | $42,658 | $161,584 | 0.00% | $89,550 | $7,169 | $82,381 | $79,203 |
| 2021 | 0.00% | 64.91 | $139,702 | $204,241 | $42,026 | $162,216 | 0.00% | $89,550 | $6,994 | $82,556 | $79,660 |
| 2022 | 0.00% | 65.91 | $135,897 | $204,241 | $41,376 | $162,866 | 0.00% | $89,550 | $6,813 | $82,736 | $80,130 |
| 2023 | 0.00% | 66.91 | $132,196 | $204,241 | $40,707 | $163,534 | 0.00% | $89,550 | $6,628 | $82,922 | $80,613 |
| 2024 | 0.00% | 67.91 | $128,595 | $204,241 | $40,020 | $164,221 | 0.00% | $89,550 | $6,438 | $83,112 | $81,109 |
| 2025 | 0.00% | 68.91 | $125,092 | $204,241 | $39,314 | $164,927 | 0.00% | $89,550 | $6,242 | $83,308 | $81,619 |
| 2026 | 0.00% | 69.91 | $121,685 | $204,241 | $38,588 | $165,653 | 0.00% | $89,550 | $6,040 | $83,509 | $82,144 |
| 2027 | 0.00% | 70.91 | $118,371 | $204,241 | $37,842 | $166,400 | 0.00% | $89,550 | $5,833 | $83,716 | $82,683 |
| 2028 | 0.00% | 71.91 | $115,147 | $204,241 | $37,075 | $167,167 | 0.00% | $89,550 | $5,621 | $83,929 | $83,238 |
| 2029 | 0.00% | 72.91 | $112,010 | $204,241 | $36,286 | $167,955 | 0.00% | $89,550 | $5,402 | $84,148 | $83,808 |
| 2030 | 0.00% | 73.91 | $108,960 | $204,241 | $35,475 | $168,766 | 0.00% | $89,550 | $5,177 | $84,373 | $84,394 |
| 2031 | 0.00% | 74.91 | $105,992 | $204,241 | $34,642 | $169,600 | 0.00% | $89,550 | $4,946 | $84,604 | $84,996 |
| 2032 | 0.00% | 75.91 | $103,105 | $204,241 | $33,785 | $170,456 | 0.00% | $89,550 | $4,708 | $84,841 | $85,615 |
| 2033 | 0.00% | 76.91 | $100,297 | $204,241 | $32,904 | $171,337 | 0.00% | $89,550 | $4,464 | $85,086 | $86,252 |
| 2034 | 0.00% | 77.91 | $97,565 | $204,241 | $31,999 | $172,243 | 0.00% | $89,550 | $4,213 | $85,337 | $86,906 |
| 2035 | 0.00% | 78.91 | $94,907 | $204,241 | $31,068 | $173,173 | 0.00% | $89,550 | $3,955 | $85,595 | $87,578 |
| 2036 | 0.00% | 79.91 | $92,322 | $204,241 | $30,111 | $174,130 | 0.00% | $89,550 | $3,689 | $85,860 | $88,270 |
| 2037 | 0.00% | 80.91 | $89,808 | $204,241 | $29,447 | $174,794 | 0.00% | $89,550 | $3,456 | $86,094 | $88,700 |
| 2038 | 0.00% | 81.91 | $87,362 | $204,241 | $29,176 | $175,066 | 0.00% | $89,550 | $3,302 | $86,248 | $88,818 |
| 2039 | 0.00% | 82.91 | $84,982 | $204,241 | $28,896 | $175,345 | 0.00% | $89,550 | $3,143 | $86,406 | $88,939 |
| 2040 | 0.00% | 83.91 | $82,667 | $204,241 | $28,609 | $175,632 | 0.00% | $89,550 | $2,981 | $86,569 | $89,063 |
| 2041 | 0.00% | 84.91 | $80,416 | $204,241 | $28,314 | $175,927 | 0.00% | $89,550 | $2,813 | $86,736 | $89,191 |
| 2042 | 0.00% | 85.91 | $78,225 | $204,241 | $28,011 | $176,230 | 0.00% | $89,550 | $2,641 | $86,908 | $89,322 |
| 2043 | 0.00% | 86.91 | $76,095 | $204,241 | $27,699 | $176,542 | 0.00% | $89,550 | $2,465 | $87,085 | $89,457 |
| 2044 | 0.00% | 87.91 | $74,022 | $204,241 | $27,379 | $176,862 | 0.00% | $89,550 | $2,283 | $87,267 | $89,596 |
| 2045 | 0.00% | 88.91 | $72,006 | $204,241 | $27,050 | $177,192 | 0.00% | $89,550 | $2,096 | $87,454 | $89,738 |
| 2046 | 0.00% | 89.91 | $70,045 | $204,241 | $26,711 | $177,531 | 0.00% | $89,550 | $1,904 | $87,646 | $89,885 |
| 2047 | 0.00% | 90.91 | $68,137 | $204,241 | $26,363 | $177,879 | 0.00% | $89,550 | $1,707 | $87,843 | $90,036 |
| 2048 | 0.00% | 91.91 | $66,281 | $204,241 | $25,857 | $178,385 | 0.00% | $89,550 | $1,504 | $88,046 | $90,339 |
| 2049 | 0.00% | 92.91 | $64,476 | $204,241 | $25,281 | $178,961 | 0.00% | $89,550 | $1,295 | $88,255 | $90,706 |
| 2050 | 0.00% | 93.91 | $62,720 | $204,241 | $24,689 | $179,552 | 0.00% | $89,550 | $1,080 | $88,469 | $91,083 |
| 2051 | 0.00% | 94.91 | $61,011 | $204,241 | $24,081 | $180,161 | 0.00% | $89,550 | $860 | $88,690 | $91,471 |
| 2052 | 0.00% | 95.91 | $59,349 | $204,241 | $23,455 | $180,786 | 0.00% | $89,550 | $633 | $88,916 | $91,870 |
| 2053 | 0.00% | 96.91 | $57,733 | $204,241 | $22,812 | $181,429 | 0.00% | $89,550 | $400 | $89,149 | $92,280 |
| 2054 | 0.00% | 97.91 | $56,160 | $204,241 | $22,151 | $182,090 | 0.00% | $89,550 | $161 | $89,389 | $92,701 |
| 2055 | 0.00% | 98.91 | $54,631 | $204,241 | $21,472 | $182,770 | 0.00% | $89,550 | $0 | $89,550 | $93,220 |
| 2056 | 0.00% | 99.91 | $53,143 | $204,241 | $20,773 | $183,468 | 0.00% | $89,550 | $0 | $89,550 | $93,919 |
| 2057 | 0.00% | 100.91 | $51,695 | $204,241 | $20,055 | $184,186 | 0.00% | $89,550 | $0 | $89,550 | $94,637 |
| 2058 | 0.00% | 101.91 | $50,287 | $204,241 | $19,317 | $184,925 | 0.00% | $89,550 | $0 | $89,550 | $95,375 |
| 2059 | 0.00% | 102.91 | $48,918 | $204,241 | $18,558 | $185,683 | 0.00% | $89,550 | $0 | $89,550 | $96,134 |
| 2060 | 0.00% | 103.91 | $47,585 | $204,241 | $17,778 | $186,464 | 0.00% | $89,550 | $0 | $89,550 | $96,914 |
| 2061 | 0.00% | 104.91 | $46,289 | $204,241 | $16,976 | $187,266 | 0.00% | $89,550 | $0 | $89,550 | $97,716 |
| 2062 | 0.00% | 105.91 | $45,028 | $204,241 | $16,151 | $188,090 | 0.00% | $89,550 | $0 | $89,550 | $98,540 |
| 2063 | 0.00% | 106.91 | $43,802 | $204,241 | $15,304 | $188,937 | 0.00% | $89,550 | $0 | $89,550 | $99,388 |
| 2064 | 0.00% | 107.91 | $42,609 | $204,241 | $14,433 | $189,809 | 0.00% | $89,550 | $0 | $89,550 | $100,259 |
| 2065 | 0.00% | 108.91 | $41,448 | $204,241 | $13,537 | $190,704 | 0.00% | $89,550 | $0 | $89,550 | $101,155 |
| 2066 | 0.00% | 109.91 | $40,319 | $204,241 | $12,616 | $191,625 | 0.00% | $89,550 | $0 | $89,550 | $102,075 |
| 2067 | 0.00% | 110.91 | $39,221 | $204,241 | $11,867 | $192,375 | 0.00% | $89,550 | $0 | $89,550 | $102,825 |

| | | | | ANNUITY COST TO REPLACE LOST EARNINGS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Year | PBGC RATES | Age | PBGC Discount Factor | Estimated Losses Current $ | Survival Probability GAM94 | Mkt.Value @ PBGC 2007$ | Adjustment Required Current $ | Payment Required Current $ | Mkt. Value Tax Adjusted 2007$ | Cumulative Losses |
| (13) | (14) | (15) | (16) | (17) | (18) | (19) | (20) | (21) | (22) | (23) |
| 1/1/17 | | | 9.0431 | | | – | | | | |
| 2017 | 5.37% | 60.91 | 0.623114 | $72,093 | 0.94425 | $42,418 | $5,207 | $77,299 | $45,481 | $45,481 |
| 2018 | 5.37% | 61.91 | 0.591358 | $78,326 | 0.93475 | $43,297 | $5,978 | $84,304 | $46,601 | $92,083 |
| 2019 | 5.37% | 62.91 | 0.561221 | $78,759 | 0.92419 | $40,850 | $5,865 | $84,624 | $43,892 | $135,975 |
| 2020 | 5.37% | 63.91 | 0.532619 | $79,203 | 0.92419 | $38,987 | $5,749 | $84,952 | $41,817 | $177,792 |
| 2021 | 5.37% | 64.91 | 0.505475 | $79,660 | 0.89916 | $36,206 | $5,660 | $85,320 | $38,778 | $216,570 |
| 2022 | 5.37% | 65.91 | 0.479714 | $80,130 | 0.88527 | $34,029 | $5,811 | $85,941 | $36,497 | $253,067 |
| 2023 | 5.37% | 66.91 | 0.455267 | $80,613 | 0.87032 | $31,941 | $5,966 | $86,579 | $34,305 | $287,372 |
| 2024 | 5.37% | 67.91 | 0.432065 | $81,109 | 0.85463 | $29,950 | $6,126 | $87,235 | $32,212 | $319,584 |
| 2025 | 5.37% | 68.91 | 0.410045 | $81,619 | 0.83779 | $28,039 | $6,290 | $87,909 | $30,199 | $349,784 |
| 2026 | 5.37% | 69.91 | 0.389148 | $82,144 | 0.81966 | $26,201 | $6,459 | $88,603 | $28,262 | $378,045 |
| 2027 | 5.37% | 70.91 | 0.369316 | $82,683 | 0.80024 | $24,436 | $6,632 | $89,315 | $26,396 | $404,442 |
| 2028 | 5.04% | 71.91 | 0.351595 | $83,238 | 0.77954 | $22,814 | $6,810 | $90,048 | $24,681 | $429,122 |
| 2029 | 5.04% | 72.91 | 0.334725 | $83,808 | 0.75699 | $21,235 | $6,993 | $90,801 | $23,007 | $452,130 |
| 2030 | 5.04% | 73.91 | 0.318664 | $84,394 | 0.73294 | $19,711 | $7,181 | $91,575 | $21,388 | $473,518 |
| 2031 | 5.04% | 74.91 | 0.303374 | $84,996 | 0.70659 | $18,220 | $7,375 | $92,371 | $19,801 | $493,319 |
| 2032 | 5.04% | 75.91 | 0.288818 | $85,615 | 0.67769 | $16,757 | $7,574 | $93,189 | $18,240 | $511,559 |
| 2033 | 5.04% | 76.91 | 0.274960 | $86,252 | 0.64613 | $15,323 | $7,779 | $94,030 | $16,705 | $528,264 |
| 2034 | 5.04% | 77.91 | 0.261767 | $86,906 | 0.61193 | $13,921 | $7,989 | $94,895 | $15,201 | $543,465 |
| 2035 | 5.04% | 78.91 | 0.249207 | $87,578 | 0.57526 | $12,555 | $8,205 | $95,783 | $13,731 | $557,196 |
| 2036 | 5.04% | 79.91 | 0.237250 | $88,270 | 0.53642 | $11,234 | $8,427 | $96,697 | $12,306 | $569,502 |
| 2037 | 5.04% | 80.91 | 0.225866 | $88,700 | 0.49686 | $9,954 | $8,604 | $97,305 | $10,920 | $580,422 |
| 2038 | 5.04% | 81.91 | 0.215028 | $88,818 | 0.45612 | $8,711 | $8,684 | $97,502 | $9,563 | $589,985 |
| 2039 | 5.04% | 82.91 | 0.204711 | $88,939 | 0.41555 | $7,566 | $8,765 | $97,704 | $8,311 | $598,296 |
| 2040 | 5.04% | 83.91 | 0.194889 | $89,063 | 0.37533 | $6,515 | $8,849 | $97,912 | $7,162 | $605,458 |
| 2041 | 5.04% | 84.91 | 0.185538 | $89,191 | 0.33468 | $5,538 | $8,936 | $98,126 | $6,093 | $611,552 |
| 2042 | 5.04% | 85.91 | 0.176635 | $89,322 | 0.29396 | $4,638 | $9,024 | $98,346 | $5,106 | $616,658 |
| 2043 | 5.04% | 86.91 | 0.168160 | $89,457 | 0.25468 | $3,831 | $9,116 | $98,573 | $4,222 | $620,880 |
| 2044 | 5.04% | 87.91 | 0.160091 | $89,596 | 0.21649 | $3,105 | $9,210 | $98,805 | $3,424 | $624,304 |
| 2045 | 5.04% | 88.91 | 0.152410 | $89,738 | 0.18098 | $2,475 | $9,225 | $98,963 | $2,730 | $627,034 |
| 2046 | 5.04% | 89.91 | 0.145097 | $89,885 | 0.14788 | $1,929 | $9,196 | $99,081 | $2,126 | $629,160 |
| 2047 | 5.04% | 90.91 | 0.138135 | $90,036 | 0.11844 | $1,473 | $9,166 | $99,201 | $1,623 | $630,783 |
| 2048 | 5.04% | 91.91 | 0.131507 | $90,339 | 0.09280 | $1,103 | $9,144 | $99,483 | $1,214 | $631,997 |
| 2049 | 5.04% | 92.91 | 0.125197 | $90,706 | 0.07054 | $801 | $9,126 | $99,832 | $882 | $632,878 |
| 2050 | 5.04% | 93.91 | 0.119190 | $91,083 | 0.05232 | $568 | $9,108 | $100,191 | $625 | $633,503 |
| 2051 | 5.04% | 94.91 | 0.113471 | $91,471 | 0.03788 | $393 | $9,088 | $100,560 | $432 | $633,935 |
| 2052 | 5.04% | 95.91 | 0.108026 | $91,870 | 0.02652 | $263 | $9,069 | $100,939 | $289 | $634,225 |
| 2053 | 5.04% | 96.91 | 0.102843 | $92,280 | 0.01813 | $172 | $9,048 | $101,328 | $189 | $634,414 |
| 2054 | 5.04% | 97.91 | 0.097909 | $92,701 | 0.01208 | $110 | $9,027 | $101,729 | $120 | $634,534 |
| 2055 | 5.04% | 98.91 | 0.093211 | $93,220 | 0.00775 | $67 | $8,920 | $102,141 | $74 | $634,608 |
| 2056 | 5.04% | 99.91 | 0.088738 | $93,919 | 0.00483 | $40 | $8,645 | $102,564 | $44 | $634,652 |
| 2057 | 5.04% | 100.91 | 0.084480 | $94,637 | 0.00291 | $23 | $8,362 | $102,999 | $25 | $634,677 |
| 2058 | 5.04% | 101.91 | 0.080427 | $95,375 | 0.00169 | $13 | $8,072 | $103,447 | $14 | $634,691 |
| 2059 | 5.04% | 102.91 | 0.076568 | $96,134 | 0.00095 | $7 | $7,773 | $103,906 | $8 | $634,699 |
| 2060 | 5.04% | 103.91 | 0.072894 | $96,914 | 0.00051 | $4 | $7,465 | $104,379 | $4 | $634,703 |
| 2061 | 5.04% | 104.91 | 0.069396 | $97,716 | 0.00027 | $2 | $7,149 | $104,865 | $2 | $634,705 |
| 2062 | 5.04% | 105.91 | 0.066067 | $98,540 | 0.00014 | $1 | $6,902 | $105,442 | $1 | $634,706 |
| 2063 | 5.04% | 106.91 | 0.062897 | $99,388 | 0.00007 | $0 | $6,753 | $106,141 | $0 | $634,706 |
| 2064 | 5.04% | 107.91 | 0.059879 | $100,259 | 0.00004 | $0 | $6,599 | $106,858 | $0 | $634,706 |
| 2065 | 5.04% | 108.91 | 0.057006 | $101,155 | 0.00002 | $0 | $6,442 | $107,596 | $0 | $634,706 |
| 2066 | 5.04% | 109.91 | 0.054271 | $102,075 | 0.00001 | $0 | $6,279 | $108,355 | $0 | $634,706 |
| 2067 | 5.04% | 110.91 | 0.051667 | $102,825 | 0.00000 | $0 | $6,104 | $108,930 | $0 | $634,706 |
| SUMS: | | | | | | $587,428 | | | $634,706 | |