## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEAN KEVIN LURIE, M.D.,                          *

          Plaintiff,                         *

vs.                                              *          Civil Action No.:1:06-cv-01386
                                                            Judge Royce C. Lamberth
MID-ATLANTIC PERMANENTE                          *
MEDICAL GROUP, P.C. (MAPMG) D/B/A
KAISER PERMANENTE ("KAISER"), *et*               *
*al.*,
                                                 *
          Defendants.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S RULE 26(a)(2) REPORT

Defendant, Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG"), states that

MAPMG intends to call Anirban Basu to testify as an expert witness regarding the lost earnings

sought by Plaintiff in the above-captioned case. MAPMG will provide a report and Mr. Basu's

resume within the next 14 days.

Respectfully submitted,

R. Michael Smith (DC Bar 372654)
Charles R. Bacharach (DC Bar 448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland 21202
Tel: 410-576-4069
Attorneys for Defendants

716403.1
1/17/2008
99692/099168

## CERTIFICATE OF SERVICE

I CERTIFY that, on January 17, 2008, a copy of the foregoing Defendant's Rule 26(a)(2) Report was mailed via first-class mail to: James S. Bubar, Esq., 1776 K Street, NW, Suite 800, Washington, DC  20006.

_____

R. Michael Smith

716403.1
1/17/2008
99692/099168