IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEAN KEVIN LURIE, M.D., | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No.:1:06-cv-01386 |
| | | Judge Royce C. Lamberth |
| MID-ATLANTIC PERMANENTE MEDICAL GROUP, P.C. (MAPMG) D/B/A KAISER PERMANENTE ("KAISER"), et al., | * * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff and Defendant, Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG"), at the request of MAPMG, jointly move for an Order modifying the Scheduling Order as follows:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re experts | January 31, 2008 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | March 17, 2008 |
| Discovery deadline | July 1, 2008 |
| Dispositive pretrial motions deadline | August 15, 2008 |

Respectfully submitted,

_____/s/_____
James S. Bubar (DC Bar 321115)
1776 K Street, NW
Suite 800
Washington, DC 20006
(202) 223-2060
Attorney for Plaintiff

716407.1
1/22/2008
14620/100706

                                                                                                           _____/s/_____
                                                          R. Michael Smith (DC Bar 372654)
Charles R. Bacharach (DC Bar 448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202
Tel:  410-576-4069
Attorneys for Defendants