**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **DEAN KEVIN LURIE, M.D.,** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )          **Civil Action No. 06-1386 (RCL)** |
| | ) |
| **MID-ATLANTIC PERMANENTE** | ) |
| **MEDICAL GROUP, P.C. (MAPMG)** | ) |
| **D/B/A KAISER PERMANENTE** | ) |
| **("KAISER"), et al.** | ) |
| | ) |
| **Defendants.** | ) |
|_____| ) |

## ORDER

Upon consideration of the Joint Motion [27] for Modification of Scheduling

Order, it is hereby

ORDERED that the motion is GRANTED.  The Scheduling Order is modified as follows:

| | |
|---|---|
| Defendant's Rule 26(a)(2) disclosures re: experts | January 31, 2008 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | March 17, 2008 |
| Discovery deadline | July 1, 2008 |
| Dispositive pretrial motions deadline | August 15, 2008 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 8, 2008.