VERIFICATION

District of Columbia  ) ss.:

I, Dean Kevin Lurie, being duly sworn, depose and say that I am the Plaintiff herein and that I have each read the foregoing Answer to Counterclaim and know the contents thereof and that the allegations contained in the Answer to Counterclaim are true of my own knowledge except as to the maters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

Executed on MAY, 21, 2008.

By: _____
Dean Kevin Lurie, MD

Subscribed and sworn before me this __21st__ day of __MAY__, 2008.

_____
Notary Public

MICHAEL NEWTON
A NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES NOVEMBER 14TH, 2011