IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DEAN KEVIN LURIE, M.D. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:06CV01386 |
| MID-ATLANTIC PERMANENTE MEDICAL GROUP, P.C., et al., | * | Judge: Royce C. Lamberth |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff, Dean Kevin Lurie, M.D., and Defendant, Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG"), at the request of Plaintiff, jointly move to amend the Scheduling Order and say as follows:

1. The parties have served and responded to written discovery, exchanged documents and have taken depositions. The parties are attempting to schedule the remaining depositions in the case.

2. Most of the individual deponents are physicians with surgical practices and are scheduled to see patients or perform surgeries many weeks or even months in advance. This has made it difficult to schedule depositions during the remaining discovery period.

3. The parties request that the Court amend the current Scheduling Order for the sole purpose of taking the agreed upon depositions of Drs. Kevin Lurie, Darrell Manning, Sonya Krolik, Jacob Lustgarten, Antonio Michell and Bedad Aryvand and of Ms. Ann Cahill, Ms. Geraldine Edwards and Ms. Judith Gantt. Plaintiff has

827244 06 19 2008

also indicated that he may seek to take the deposition of Defendant's designated representative(s) under Rule 30(b)(6), and the parties reserve the right to depose experts prior to trial.  The parties agree that no other depositions will be taken during the extended period and that no new written discovery requests will be served including, but not limited to, document requests, interrogatories or subpoenas (other than for the testimony of these witnesses), although the parties reserve their rights under the F.R.C.P. to object to the responses to previously served written discovery requests and will continue to respond to previously served written discovery requests as required by the rules of this Court.

4. To accommodate these depositions, the parties propose the following deadlines:

>Discovery deadline                           August 15, 2008
>
>Dispositive pretrial motions deadline        October 15, 2008

Respectfully submitted,

_____/s/_____
James S. Bubar (DC Bar 321115)
1776 K Street, NW, Suite 800
Washington, DC  20006
(202) 223-2060
Fax: (202) 223-2061
Attorney for Plaintiff

_____/s/_____
R. Michael Smith (D.C. Bar No. 372654)
Charles R. Bacharach (D.C. Bar No.448842)
Gordon, Feinblatt, Rothman,
  Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, Maryland  21202-3332
Tel: (410) 576-4174
Fax: (410) 576-4292
Attorney for Defendant

SO ORDERED: _____, 2008    _____
                                        Royce C. Lamberth, United States District Judge