## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEAN KEVIN LURIE, M.D.                    *

           **Plaintiff,**                    *

           **v.**                    *        Civil Action No.:  1:06CV01386

MID-ATLANTIC PERMANENTE             *        Judge:  Royce C. Lamberth
MEDICAL GROUP, P.C., et al.,
                               *

           **Defendant.**                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Plaintiff, Dean Kevin Lurie, M.D., and Defendant, Mid-Atlantic Permanente Medical Group, P.C. ("MAPMG"), jointly move to amend the Scheduling Order and say as follows:

1.    The parties have served and responded to written discovery, exchanged documents and have taken seven depositions.  Another deposition is anticipated for August 1, 2008.  The parties are attempting to schedule the remaining depositions in the case.

2.    The current discovery period ends on August 15, 2008.  The parties had reached an agreement on the dates for the remaining depositions, however, unanticipated events have arisen. First, one of Defendant's witnesses, Dr. Darrell Manning, had to leave town unexpectedly because of a family member's terminal illness.  Second, Plaintiff's counsel has been informed of an out-of-town status conference in an unrelated matter.  These unanticipated events along with vacation schedules and work/litigation commitments have disrupted the schedule the parties had set to finish the remaining depositions in a timely manner.

3.     In the meantime, the parties were able to take seven depositions. Two of the four remaining deponents are physicians with surgical practices and are scheduled to see patients or perform surgeries many weeks or even months in advance. Another deponent is a Vice President of Defendant and has an equally difficult schedule with which to contend. Finally, two of the four deponents are currently out of town and cannot be easily reached to determine their availability for new deposition dates. These factors have combined to make it impossible to schedule the depositions during the remaining discovery period and provide uncertainty as to exactly when they can be re-set.

4.     The parties request that the Court amend the current Scheduling Order for the sole purpose of taking the agreed upon depositions of Drs. Dean Kevin Lurie and Darrell Manning, Ms. Ann Cahill and Ms. Geraldine Edwards. Plaintiff has also indicated that he may seek to take the deposition of Defendant's designated representative(s) under Rule 30(b)(6), and the parties reserve the right to depose experts prior to trial. The parties are confident the requested extension will accommodate the completion of these depositions. The parties agree that no other depositions will be taken during the extended period and that no new written discovery requests will be served including, but not limited to, document requests, interrogatories or subpoenas (other than for the testimony of these witnesses), although the parties reserve their rights under the F.R.C.P. to object to the responses to previously served written discovery requests and they and third-parties, will continue to respond to previously served written discovery requests as required by the rules of this Court.

855700.1
14620/100706
07/31/2008

5.    To accommodate these depositions, the parties propose the following deadlines:

        Discovery deadline                        October 8, 2008

        Dispositive pretrial motions deadline        November 21, 2008


                            Respectfully submitted,


                            _____/s/_____
                            James S. Bubar (DC Bar 321115)
                            1776 K Street, NW, Suite 800
                            Washington, DC  20006
                            (202) 223-2060
                            Fax: (202) 223-2061
                            Attorney for Plaintiff



                            _____/s/_____
                            R. Michael Smith (D.C. Bar No. 372654)
                            Charles R. Bacharach (D.C. Bar No.448842)
                            Gordon, Feinblatt, Rothman,
                              Hoffberger & Hollander, LLC
                            233 East Redwood Street
                            Baltimore, Maryland  21202-3332
                            Tel: (410) 576-4174
                            Fax: (410) 576-4292
                            Attorney for Defendant


SO ORDERED: _____, 2008    _____
                            Royce C. Lamberth, United States District Judge

855700.1
14620/100706
07/31/2008